UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Steve Livneh, Henvil Corporation, Ltd;
and Lican Developments, Ltd.,

       Plaintiffs,

    -against-                 Case No. 8:12-cv-1498-T-33TBM
                                   (Covington, J.)

Bovie Medical Corporation,
Andrew Makrides, and
Moshe Citronowicz,

       Defendants.

_____/

## PLAINTIFFS' SUPPLEMENTAL MEMORANDUM
## CONCERNING SUBJECT MATTER JURISDICTION

Having previously determined that Plaintiffs established complete diversity of citizenship between the parties, the Court granted (Doc. 58) Defendants' request to submit a memorandum addressing their argument that "diversity jurisdiction does not lie because plaintiffs have not alleged (and are unable to prove) facts demonstrating by a preponderance of the evidence that their actual recoverable damages exceed the $75,000 statutory minimum."  (Doc. 59, p. 2). Defendants filed their Memorandum of Law Concerning Subject Matter Jurisdiction on May 14, 2013 (Doc. 59) and, per leave of the Court (Doc. 63), Plaintiffs filed their Sur-Reply on May 22, 2013.  (Doc. 66).

Plaintiffs continue to assert that the Court's analysis of Defendants' argument that Plaintiffs have not adequately pleaded the jurisdictional amount in controversy should be confined to the allegations of the Complaint, and that Plaintiffs' Complaint satisfies the $75,000 amount in controversy requirement in accordance with the Supreme Court's pronouncement that

"it must appear to a legal certainty that the claim is really for less than the jurisdictional amount to justify dismissal." *Mt. Healthy City Sch. Dist. Bd. of Educ. v. Doyle*, 429 U.S. 274, 276; 97 S. Ct. 568; 50 L. Ed. 2d 471 (1977). In the event that the Court decides to look beyond the allegations of the Complaint, however, and pursuant to leave of the Court (Doc. 68), Plaintiffs hereby provide the Court as an attachment hereto with a copy of the Expert Witness Report of Michael N. Kahaian, Plaintiffs' economic damages expert, containing Mr. Kahaian's support and calculations for his conclusion that Plaintiffs have incurred economic damages of $10,392,652, exclusive of legal costs, expenses and attorneys' fees, as a result of Defendants' breaches of the terms of the parties' previous Settlement Agreement.

Date: June 24, 2013

Respectfully submitted,

CLARK HILL PLC

By: __/s/ Matthew W. Schlegel__
      Matthew W. Schlegel (P36963)
      Paul S. Magy (P34423)
Co-Counsel for Plaintiffs
500 Woodward Avenue, Suite 3500
Detroit, MI 48226
313.965.8300

## PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause at their respective addresses on the __24th__ day of __June__, 20 __13__ by the method(s) indicated below:

By: _____ U.S. Mail     _____ FAX
     _____ Hand Delivery     _____ Overnight Courier
     _____ Federal Express    _X_ Other *e-file*

I declare under the penalty of perjury that the statement above is true to the best of my information, knowledge and belief.

_____

9162725.1 40248/155958

# EXPERT WITNESS REPORT OF
## Michael N. Kahaian

**June 20, 2013**

**Presented in:**

## <u>Steve Livneh et al. v. Bovie Medical Corporation</u>

**CASE NO. 8:12CV1498t33TBM**

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**



– This Page Intentionally Left Blank –



**Steve Livneh et al. v.
Bovie Medical
Corporation et al.**

**Expert Report of
Michael N. Kahaian**

**June 20, 2013**

## Table of Contents

| | | |
|---|---|---|
| I. | Scope of Opinion and Disclosures Required Under Rule 26(A)(2)(B) | 3 |
| II. | Qualifications | 4 |
| III. | Executive Summary | 1 |
| IV. | Background | 2 |
| V. | Overview of Chinese Medical Device Market | 5 |
| VI. | Livneh's Ability to Enter Chinese Medical Device Market | 8 |
| VII. | Overview of Seal-N-Cut Manufacturing Process | 13 |
| VIII. | Projected Profits | 17 |
| IX. | Conclusion | 20 |
| X. | Assumptions and Limiting Conditions | 21 |



Dispute
Advisory &
Forensic
Services

1



**Steve Livneh et al. v.
Bovie Medical
Corporation et al.**

**Expert Report of
Michael N. Kahaian**

**June 20, 2013**

## Exhibits

Exhibit A................................................................List of Documents Considered
Exhibit B...........................................................…..………………Curriculum Vitae
Exhibit C..............................Present Value of Operating Profits Less Start-Up Costs



Dispute
Advisory &
Forensic
Services



Steve Livneh et al. v.
Bovie Medical
Corporation et al.

Expert Report of
Michael N. Kahaian

June 20, 2013

## I. Scope Of Opinion And Disclosures Required Under Rule 26(A)(2)(b)

1. This report presents my opinions regarding the economic damages suffered by Steve Livneh ("Livneh"), Henvil Corporation, Ltd ("Henvil"), and Lican Developments, Ltd ("Lican"), (collectively the "Plaintiffs") resulting from the alleged actions of Bovie Medical Corporation ("BVX"), Andrew Makrides ("Makrides"), and Moshe Citronowitz ("Citronowitz") (collectively the "Defendants"). In addition, this report contains a summary of the information I considered in the development of my opinions and a statement of qualifications. My opinions, detailed herein, are based on the data available to me as summarized in this report.

2. My opinions in this matter assume that Defendants will be found liable by the Trier of Fact relating to the allegations as set forth in Plaintiffs' complaint. Should Defendants not be found liable, my analyses and calculation of damages would not be applicable.

3. A detailed list of the sources of information considered is presented in *Exhibit A*.

4. My curriculum vitae and lists of recent testimony, publications, and relevant presentations are presented in *Exhibit B*.

5. Stout Risius Ross, Inc. ("SRR") is compensated at a rate of $375 per hour for time incurred by me. Other individuals from SRR also provided assistance in this matter; their hourly rates range from $100 per hour to $300 per hour.



3



**Steve Livneh et al. v.
Bovie Medical
Corporation et al.**

**Expert Report of
Michael N. Kahaian**

June 20, 2013

## II.  Qualifications

6.  I am a licensed Certified Public Accountant (State of Michigan), Accredited in Business Valuation ("CPA/ABV"), a Certified Fraud Examiner ("CFE"), Certified in Financial Forensics ("CFF") and a Certified Valuation Analyst ("CVA") with over 16 years of experience providing a wide range of professional services.

7.  I have consulted with lawyers and their clients regarding business, economic and financial issues related to litigation and business disputes.  These assignments have been across a wide array of industries.

8.  I am a Managing Director in the Dispute Advisory & Forensic Services Group at SRR.  SRR is a professional financial advisory services firm serving a variety of businesses in numerous industries and countries.  SRR focuses its services in the areas of Investment Banking, Valuations & Financial Opinions, and Dispute Advisory & Forensic Services.  SRR has approximately 250 professionals located in multiple offices throughout the United States.

9.  I received a Bachelor of Business Administration, Accounting degree from the University of Michigan – Dearborn in 1996.

10.  Prior to joining SRR, I was a Manager at a regional accounting firm in its Litigation Support and Forensic Services Group.

11.  I am a member of the American Institute of Certified Public Accountants ("AICPA"), a Candidate Member of the American Society of Appraisers ("ASA") and an Associate Member of the American Bar Association, Litigation and Criminal Justice sections.  I am also a Member of the Association of Certified Fraud Examiners ("ACFE"), a Member of the Michigan Association of Certified Public Accountants ("MACPA") Business Valuation and Litigation Services Task Force as well as the Chair of the Fraud Task Force.

12.  With the aforementioned education, training, and experience I am well established to offer the opinions contained herein.





**Steve Livneh et al. v.
Bovie Medical
Corporation et al.**

**Expert Report of
Michael N. Kahaian**

**June 20, 2013**

### III. Executive Summary

13.  This report presents my opinions regarding the economic damages suffered by the Plaintiffs resulting from the alleged actions of the Defendants. In forming my opinions I considered the current state of the medical device market in the Peoples Republic of China ("China") as well as analyst expectations for growth in that market, Plaintiffs' ability to enter the Chinese medical device market, and the manufacturing process of the Seal-N-Cut.

14.  Based on the considerations above, I have concluded the following:

    a.  The Chinese medical device market and healthcare overall in China has experienced significant growth over the last decade.

    b.  The Chinese medical device market is expected to continue to grow over the next five years.

    c.  Plaintiffs possessed the necessary experience to manufacture the Seal-N-Cut.

    d.  The government approvals and licenses necessary to sell the Seal-N-Cut in China were reasonably attainable.

    e.  Plaintiffs' Seal-N-Cut joint venture had the appropriate amount of initial capital available to it.

    f.  Livneh had key relationships in China that would have aided to the success of the Seal-N-Cut.

    g.  Livneh had secured a distribution network to sell the Seal-N-Cut in China.

    h.  The Seal-N-Cut has unique features that would make it attractive in the Chinese Market.

    i.  I have concluded, based on my review of the documents and evidence provided to me in this matter, that Plaintiffs have incurred damages of $10,392,652.[1]

15.  Each of the above conclusions are discussed in detail throughout the remainder of this report.

---

[1] This figure is exclusive of attorney fees however it is my understanding that the Settlement Agreement gives Livneh the right to collect reasonable attorney fees.



Dispute
Advisory &
Forensic
Services



Steve Livneh et al. v.
Bovie Medical
Corporation et al.

Expert Report of
Michael N. Kahaian

June 20, 2013

## Background of Parties

16. Livneh is a resident and citizen of Canada.[2]

17. Henvil is a Canadian Corporation with its Principal place of Business located in Ontario, Canada.[3]

18. Lican is a Canadian Corporation with its principal place of business located in Ontario, Canada.[4]

19. BVX is a publicly traded Delaware Corporation that sells medical devices in all fifty states and around the world.[5]

20. Makrides is believed to be domiciled in the State of New York.[6]

21. Citronowitz is believed to be domiciled in the State of Florida.[7]

## Background of Dispute

22. Lican has experience and expertise in the medical device engineering and product development fields.[8] Livneh designed a certain medical device known as the Seal-N-Cut Vessel Sealing Technology ("Seal-N-Cut") where all rights and title were subsequently assigned to BVX.[9]

23. The Seal-N-Cut device consists of a line of medical instruments designed for sealing and coagulation of blood vessels during endoscopic medical procedures.[10] The Seal-N-Cut device is powered by the ICON VS generator, a specialized electrosurgical generator designed by BVX and cannot be marketed and sold without it.[11]

24. Since late 2009 Lican, had been working with a consortium of Chinese entities headed by Bill Ma ("Ma") to form a joint venture medical device company ("JVC") operating in China and North America with the purpose of marketing and selling the Seal-N-Cut device in China.[12]

25. On February 22, 2012 the Plaintiffs and Defendants entered into a confidential Settlement Agreement and Mutual General Release ("Settlement Agreement") pursuant to law suits filed in New York and Florida (the "Underlying

---

[2] Complaint and Demand for Jury Trial p. 1.
[3] Ibid.
[4] Ibid., p. 2.
[5] Ibid.
[6] Ibid.
[7] Ibid.
[8] Lican and BVX Consulting Services Agreement dated November 1, 2009, p. 1.
[9] Ibid.
[10] Bovie Product Presentations.
[11] Ibid.
[12] Complaint and Demand for Jury Trial p. 6; Discussions with Livneh.



Dispute
Advisory &
Forensic
Services


Litigations") that, among other things granted to Plaintiffs the exclusive license to produce, market and sell the Seal-N-Cut device in China.[13]

26. Further, the Settlement Agreement provided that BVX would provide an ICON VS to Plaintiffs within 10 days of the dismissal of the Underlying Litigations.[14] The Underlying Litigations were settled as of March 5, 2012 which obligated BVX to supply the ICON VS on or before March 15, 2012.[15]

27. Relying upon the representations in the Settlement Agreement the Plaintiffs began to put the structure in place to market and sell the Seal-N-Cut in China.

    a. On April 28, 2012 Livneh executed an Agreement with Ma that detailed the structure of companies to be incorporated that included a $4 million equity investment and a commitment to provide an additional $10 million in debt financing by Ma.[16]

    b. On May 25, 2012, Lican entered into a contract with the Administrative Committee of Jiangsu Wujin Economic Zone ("WEZ"), an agency of China which granted Lican a prime industrial park land parcel of 20 Chinese acres to have the new JVC company with the Ma group build their Chinese operations in China. This contract allowed the JVC to purchase land at a favorable rate and provided favorable tax rebates.[17]

    c. The Plaintiffs setup product demonstrations for their Chinese partners to witness:

        i. Ma expected to see the working ICON VS during Livheh's April 2012 visit.[18]

        ii. On May 24-25 Ma expected to see the ICON VS at a meeting in Chicago between Livneh and the WEZ.[19]

        iii. In June 2012, Livneh traveled to China for meetings with Ma but still was unable to present did not have the ICON VS to Ma due to Defendants' lack of production of the generator Livneh.[20]

28. As a result of the Defendants failure to produce the ICON VS, Ma decided to withdraw from the project, and the Plaintiffs therefore lost their main and only source of financing.[21]

---

[13] Ibid., pp. 2-3.
[14] Ibid., p. 3.
[15] Ibid., p. 4.
[16] April 28, 2012 Agreement between Bill Ma and Steve Livneh.
[17] Complaint and Demand for Jury Trial pp. 6-7.
[18] Ibid., p. 7.
[19] Ibid., p. 7.
[20] Ibid., p. 8.
[21] Ibid., p. 8.





**Steve Livneh et al. v.
Bovie Medical
Corporation et al.**

**Expert Report of
Michael N. Kahaian**

June 20, 2013

29. As a result of the above alleged actions, the Plaintiffs have alleged a Breach of Contract, Tortious Interference with Business Expectations, and Fraud in the Inducement.

30. Defendants have denied the claims as described above (and as presented in the Complaint and Demand for Jury Trial).



4





Steve Livneh et al. v.
Bovie Medical
Corporation et al.

Expert Report of
Michael N. Kahaian

June 20, 2013

### _Demographics and Healthcare Expenditures_

31.  According to the Chinese National Bureau of Statistics, China's total population is approximately 1.35 billion people.[22]

32.  China's health status and life expectancy rates continue to improve resulting in an aging population.  From 1990 to 2008, the average life expectancy in China has increased from 68 to 74 years.[23]  In addition, communicable diseases and maternal/perinatal conditions have decreased from 27.8% to 5.2% from 1973 to 2005.[24]

33.  As China's population continues to age and urbanize, the probability of China's population developing chronic health conditions is projected to rise resulting in an expected increase in healthcare expenditures.[25]

34.  As of 2011 total expenditures on healthcare in China was $357 billion resulting in a 128% increase in healthcare expenditures since 2006.[26]

35.  Total healthcare expenditures were primarily driven by China's urban population which is approximately 622 million people or 47% of China's total population.[27]

36.  As household income levels continue to rise coupled with an increasing number of households migrating from rural to urban areas, demand for higher grade healthcare infrastructure, services and products continues to grow.  Moreover, by 2020, China's urban middle class population is expected to grow from 29% to 75%.[28]

37.  As a result of the changing demographics of China's population, total healthcare expenditures are currently expected to reach $1 trillion by 2020.[29]

### _Healthcare Reform_

38.  Beginning in 2009, the Chinese government commenced a series of initiatives to overhaul its healthcare system in an effort to establish higher quality infrastructure and universal healthcare coverage by 2020.[30]

39.  As a result of these initiatives, the total number of community health stations in rural areas has increased by 20% since 2010 providing China's rural population

---

[22] Population as of 2011 per the National Bureau of Statistics, http://219.235.129.58/reportYearQuery.do?id=0200&r=0.9170854118071851
[23] Mortality and Burden of Disease rates for both sexes – World Health Organization
[24] November 10, 2010 China Pharmaceutical Industry Report by the State Government of Victoria
[25] April 2013 Edison Insight
[26] July 2012 McKinsey & Company _"Healthcare in China: Entering Unchartered Waters" pg.3._
[27] November 10, 2010 China Pharmaceutical Industry Report by the State Government of Victoria
[28] July 2012 McKinsey & Company _"Healthcare in China: Entering Unchartered Waters" pg.7._
[29] _Id._.
[30] June 21, 2012 Pharmaphorum _"Medical Devices: The Future is Emerging Markets"._

Dispute
Advisory &
Forensic
Services



5





**SRR**
STOUT | RISIUS | ROSS

Steve Livneh et al. v.
Bovie Medical
Corporation et al.

Expert Report of
Michael N. Kahaian

June 20, 2013

with access to healthcare services.[31]   Overall, the total number of healthcare institutions in China has increased over 200% since 2005.[32]

40.   Since 2005, the total number of visits to healthcare institutions in China has increased from 2.3 billion to 6.3 billion in 2011, or an increase of 173%.[33]

41.   Similarly, the total number of inpatient visits to healthcare institutions in China increased from 71.8 million in 2005 to 153 million in 2011, or approximately 113%.[34]   As such, in order to meet demands, the number of hospital beds has increased steadily and surpassed the United States in 2009 at a rate of 4.06 beds per 1,000 people.[35]

### *Barriers to Entry*

### **Distribution Network**

42.   Distribution to demand industries, especially various kinds of hospitals and medical centers, is integral in the Chinese medical device industry.  An efficient, extensive distribution network allows existing companies the advantage in the ability to market.  Establishing a similar network to existing companies typically requires time and capital investment.[36]

### **Regulatory Environment**

43.   Based on current licensing and regulatory environment in China[37], new entrants to the industry will need to acquire registration certificates from drug administrations at different levels from provincial drug administrations.[38]

44.   Moreover, medical devices sold in China are subject to the regulatory requirements of China Food and Drug Administration ("CFDA") which recently was granted overall authority and now reports directly to the Chinese State Council.[39]

### **Import Tariffs**

45.   In addition, imports within the Chinese Medical device industry are subject to both customs and import tariff regulations.  Specifically, customs and import

---

[31] July 2012 McKinsey & Company *"Healthcare in China: Entering Unchartered Waters" pg. 8.*
[32] National Bureau of Statistics
http://219.235.129.58/reportYearQuery.do?id=0200&r=0.9170854118071851
[33] Ibid.
[34] Ibid.
[35] JP Morgan Asia Pacific Equity Research: *"China Healthcare: Zigzagging Ahead Instead of Leaping Forward – It's the Year of the Snake, not the Frog".*
[36] July 2012 IBISWorld Industry Report 2770 – Medical Supplies Manufacturing in China
[37] April 1, 2000 Regulations for the Supervision and Administration of Medical Devices – Chinese State Council
[38] July 2012 IBISWorld Industry Report 2770 – Medical Supplies Manufacturing in China
[39] US Department of Health & Human Services, FDA Voice *"FDA's Collaboration with Chinese Partners Gets Stronger Each Year"* May 3, 2012 by Mary Lou Valdez

6



**Steve Livneh et al. v.
Bovie Medical
Corporation et al.**

**Expert Report of
Michael N. Kahaian**

June 20, 2013

requirements revised in 2000 and 2004 have resulted in the implementation of heavy tariffs on imported goods. [40]

### _Growth – Medical Devices_

46.  As mentioned previously, China's changing demographic, increases in household income, increases in chronic disease and healthcare reform have contributed to continued growth in China's healthcare industry.

47.  According to JP Morgan, total industry output for medical manufacturing in China for 2012 experienced a growth rate of 21.7%.[41]

48.  Over the next 5-10 years, JP Morgan predicts that the Chinese healthcare industry will continue to grow at a robust pace. Specifically, JP Morgan is currently estimating healthcare spending in China to grow by 15-20% each year over the next 10 years.[42]

49.  Specifically, the medical device market is expected to experience significant growth in China. By 2019, it is expected that the device market in China will reach sales of $43 billion by 2019.[43]

---

[40] July 2012 IBISWorld Industry Report 2770 – Medical Supplies Manufacturing in China
[41] May 7, 2013 J.P. Morgan Asia Pacific Equity Research: _"China Healthcare: Takeaways from Wuhan Summit – Things may get worse before turning better"._
[42] JP Morgan Asia Pacific Equity Research: _"China Healthcare: Zigzagging Ahead Instead of Leaping Forward – It's the Year of the Snake, not the Frog"._
[43] June 21, 2012 Pharmaphorum _"Medical Devices: The Future is Emerging Markets"._





**SRR**

STOUT | RISIUS | ROSS

Steve Livneh et al. v.
Bovie Medical
Corporation et al.

Expert Report of
Michael N. Kahaian

June 20, 2013

## VI. Planiffs' Ability to Enter Chinese Medical Device Market

### *Business History*[44]

50.    Livneh is well suited to manufacture the Seal-N-Cut product based upon his prior experience in developing, manufacturing, and marketing new products. Livneh has over 30 years of experience in developing and manufacturing new products both as an entrepreneur and for large publicly traded corporations.

51.    Beginning in 1976 with Livneh Engineering in Israel, Livneh designed and manufactured large volumes of plastic products including air cargo pallets, practice bombs, irrigation sprinklers and regulators, furniture, TV and computer housings, and high precision fixtures for jet turbine blade manufacturing processes. Livneh manufacturing produced products for large well-known companies such as Westinghouse-Electra, Siemens-Tadiran, Motorola, Israel Air Force ("IAF"), and the Israel Armament Industry among others.

52.    In 1982 Livneh began Lican where he owned and operated a mold and injection molding shops where mold building, testing and production runs for various products were conducted.

53.    Beginning in 1986 Lican entered the medical device market and launched North America's second line of arthroscopy forceps and other minimally invasive devices for arthroscopy, sinuscopy, and TMJ joint MIS. Lican manufactured North America's first line of laparoscopic instruments including products sold to MTI, Stryker, American Edwards, Cabot Medical, Circon ACMI, V Muller, Smith & Nephew Dyonics among others.

54.    From 1993 - 2000 Livneh went to work for Circon ACMI in Canada where he oversaw large scale manufacturing of laparoscopic hand instruments and vessel sealing devices' tongs, tecectoscopes and biopsy-cup forceps for urological applications.

55.    Following Livneh's employment with Circon ACMI, Livneh worked with Gyrus from 2000-2006 where Livneh oversaw large volume production of vessel sealing tongs and open vessel sealing forceps until he went to work for BVX in 2006.

56.    At BVX, Livneh oversaw the manufacturing of high precision ablation electrodes and served as President of BVX Canada from 2006 through 2010. Livneh also oversaw the development of the Seal-N-Cut in Canada.

57.    Livneh has the knowledge, experience and past successes necessary to develop and manufacture the Seal-N-Cut.

### *Government Approvals*

58.    A significant barrier to entry for medical device products are approval by government agencies. In China, Plaintiffs would need an equivalent to a US

---

[44] Discussions with Livneh.



Dispute
Advisory &
Forensic
Services

8



**Steve Livneh et al. v.
Bovie Medical
Corporation et al.**

**Expert Report of
Michael N. Kahaian**

**June 20, 2013**

Food and Drug Administration ("FDA") 510k certification to sell the Seal-N-Cut from the CFDA.

59.   If Plaintiffs were to apply directly with the CFDA the certification process could be as long as three years.[45]   However, if the US FDA 510k certification was granted prior to application in China this time could be reduced by half.[46]

60.   In fact, BVX was well experienced in obtaining FDA 510k certifications and had received 510k certifications on several devices.  Listed below are the devices that BVX has obtained 510k certifications including the time in months between the application and decision date.

| Device Name | Application Date | Decision Date | Certification Time Months |
|---|---|---|---|
| Cautery; Low Temperature (Fine Adjustable Fine Tip, Elongate Fine Tip, Micro Fine Tip) | 5/15/2012 | 7/20/2012 | 2 |
| Bovie J-Plasma Handpiece With Retractable Cutting Blade | 8/4/2012 | 1/27/2012 | 6 |
| Boss Coaquiation Device Model Boss, Model Boss 1215, Boss Coagulation Device, Angled Access, Mosel BOSA 1215 | 7/16/2009 | 3/18/2010 | 8 |
| Bovie Icon Vs General Purpose Rf Generator | 2/5/2010 | 3/10/2010 | 1 |
| Bovie Resistick II Coated Electrosurgical Electrodes | 9/29/2009 | 12/22/2009 | 3 |
| Laproscopic Resection Device Model Sr326L | 5/15/2009 | 10/9/2009 | 5 |
| Bovie Icon Gs Electrosurgical Generator (GS 100), Handpiece (GS-OP-R), Reusable Handpiece Caple (GS807-RC) | 3/4/2009 | 8/7/2009 | 5 |
| Saline Enhanced Electrosurgical Resection (SEER) Device | 9/4/2008 | 11/17/2008 | 2 |
| Bocie Icon General Purpose RF Generator | 7/25/2008 | 10/2/2008 | 2 |
| Meg Laparoscopic Electrodes | 5/21/2008 | 7/24/2008 | 2 |
| Bovie Ids-400 Electrosurgical Generator | 7/25/2007 | 4/10/2008 | 9 |
| Bovie Icon Gi Electrosurgical Generator, Model GI 120 | 7/3/2006 | 9/6/2006 | 2 |

Source: 510(k) Premarket Notification made available by US Food and Drug Administration

---

[45] Letter from Young Zong Wang of Ideamedtek; Letter from Changzhou Yanling Electronic Equipment Co,. Ltd.
[46] Ibid.



Dispute
Advisory &
Forensic
Services



Steve Livneh et al. v.
Bovie Medical
Corporation et al.

Expert Report of
Michael N. Kahaian

June 20, 2013

61. From review of press releases it is apparent that BVX fully intended to obtain FDA 510k certification for the Seal-N-Cut Device.[47]

   a. In July 2009, BVX announced a 510k submission to FDA for the Seal-N-Cut.

   b. In March 2010, BVX announced that the Seal-N-Cut accommodates a wide array of possible applications in either monopolar or bipolar surgeries thereby serving endoscopic fields including Endo GYN, general surgeries, pediatric surgery, thoracic endoscopy and urology. Bipolar vessel sealing and coagulation is one of the fastest growing markets in endoscopy, estimated to exceed $1billion in revenues worldwide.

   c. In May 2010, BVX announced that Pre-Clinical testing for the Seal-N-Cut line has been scheduled to collect data for a 510k submission. The company recently received 510k clearance to market its ICON VS generator designed to perform vessel sealing procedures while providing both monopolar and bipolar energy options to the surgeon. The clearance of the ICON VS generator allows the company to complete testing required for a 510k Seal-N-Cut submission. Bipolar vessel sealing and coagulation is one of the fastest growing markets in electrosurgery, estimated to exceed $1 billion in revenues worldwide.

   d. In July 2010, BVX announced that the company proceeds with its vessel sealing product research and testing protocols necessary for the FDA 510k submission process.

   e. In August 2010, BVX announced that the company continues to progress with the testing necessary to complete the 510k submission process. Bipolar vessel sealing and coagulation is one of the fastest growing markets in electrosurgery, estimated to exceed $1 billion in revenues worldwide.

   f. In November 2010, BVX announced that the company continues necessary prepatory testing in order to complete the 510k submission process.

   g. In March 2011, BVX announced that the Seal-N-Cut is going through additional testing and due to recent device design improvements we currently anticipate that we will be resubmitting an application for 510k clearance in the third quarter of 2011. The vessel sealing market continues to be among the fastest growing markets of electrosurgery.

   h. In May 2011, BVX announced that tests demonstrated efficacy in our redesigned and updated vessel sealing technology as we enter the final phases of the 510k resubmission process. Our intention is to deliver a cost effective device with superior performance than what is currently being marketed.

---

[47] Source: Bovie Stockholder News: press releases & announcements.





Steve Livneh et al. v.
Bovie Medical
Corporation et al.

Expert Report of
Michael N. Kahaian

June 20, 2013

i.  In November 2011, BVX announced that it was in the final stages of completing the necessary testing and paperwork in order to submit new vessel sealing 510k applications to the FDA and it was working with a consulting firm to streamline the process.

62.  Further, Citronowitcz testified that BVX had started the FDA 510k certification and estimated it would take approximately three months or longer to be received.[48] He went on to testify that the CFDA equivalent would take 18 months to be completed.[49]

63.  BVX thoroughly documented that it intended to receive 510k certification for the Seal-N-Cut and had already started the application process. Further, BVX had achieved 510k clearance on several other devices which demonstrates their knowledge and efficiency in obtaining certification. Therefore, it is my opinion that an FDA 510k certification for the Seal-N-Cut was probable.

64.  The CFDA collaborates closely with the FDA under the auspices of the World Health Organization and observes the FDA's inspections.[50] Thus, once FDA 510k certification was granted it is highly likely the CFDA would observe and recognize that certification.

### *Initial Investment*

65.  Based on cost projections received from Livneh, the initial investment required for the Seal-N-Cut venture is estimated at $3,148,160 which consists of Facilities Cost, Indirect and Direct Labor Costs, Marketing Costs, and outlays for Machinery and Equipment. These costs are estimated to have occurred from June 2012 through June 2014 which is the period following the Settlement Agreement and before the expected CFDA certification. The estimated cost by category is detailed in Exhibit C, Schedule 2.

66.  On April 28, 2012 Livneh executed an agreement with Ma that detailed the structure of the JVC and the capital that Ma was to contribute. Ma was to contribute $4 million for a 40% interest in the JVC and pledged an additional $10 in debt financing to be used as working capital for the newly formed business.[51]

67.  It is my opinion that the capital to be supplied by Ma would have been sufficient to fund the initial investment and working capital needs of the JVC.

### *Relationships*

68.  Livneh had relationships with key people that would have aided to the successful launch and future sales of the Seal-N-Cut in China.

69.  As stated above, Livneh had an executed agreement with Ma as a partner in the JVC. Not only did Ma bring the necessary funding that was necessary for

---

[48] April 9, 2013 Deposition of Moshe Citronowicz, p. 117.
[49] Ibid., p. 184.
[50] Valdez, Mary Lou. "FDA's Collaboration with Chinese Partners Gets Stronger Each Year," US Food and Drug Adminstration. 3 May 2013.
[51] April 28, 2012 Agreement between Bill Ma and Steve Livneh.





**Steve Livneh et al. v.
Bovie Medical
Corporation et al.**

**Expert Report of
Michael N. Kahaian**

**June 20, 2013**

initial start-up costs and working capital Ma was a successful entrepreneur in China, and as such, had local connections that would have aided to the success of the JVC. It is my understanding that the WEZ was interested in helping the JVC obtain the necessary business licenses necessary to operate in China as a result of the influence carried by Ma.

70. The WEZ is a unit of local government in China and was a party to an executed agreement with Lican dated May 25, 2012. The agreement with the WEZ contains provisions that allows for Lican, or a successor company, to rent, purchase and develop land in the WEZ. The WEZ also included tax rebates for the first five years from obtaining the business license.

71. Livneh had also created a relationship with an experienced distributor of devices similar to the Seal-N-Cut. It is my understanding that Phil Kao ("Kao") originally introduced vessel sealing products to China and has years of experience in selling these types of devices. Kao was ready to execute purchase commitments for the Seal-N-Cut where he would purchase set quantities of the Seal-N-Cut and Icon VS and hold the inventory as he sold the units to end customers.[52]

### *Competitive Advantage*

72. Kao believes the Seal-N-Cut along with the Icon VS would be attractive to the market in China because it includes the following features: full rotation, dual energy capability, powered cutting blade, and direct operation via the hand piece eliminating the need for foot switches.[53] It is my understanding that the current products on the market in China do not have these features in one handheld instrument which makes the Seal-N-Cut and Icon VS an attractive choice for the end customer and thus creating an advantage in the market.

73. In addition to the Seal-N-Cut being a superior product over the existing vessel sealing instruments in China because of the functionality stated above, Livneh also had the business experience, was well capitalized, and had key relationships necessary for government approvals and licensing to manufacture the Seal-N-Cut and successfully introduce it to the market in China.

---

[52] Declaration of Phillip Hong Kao dated May 16, 2013.
[53] Ibid.





**Steve Livneh et al. v.
Bovie Medical
Corporation et al.**

**Expert Report of
Michael N. Kahaian**

**June 20, 2013**

## VII.   Overview of Seal-N-Cut Manufacturing Process

### *Facilities*

74.    The manufacture of the Seal-N-Cut device would involve a physical presence in both China and Canada and the facilities and personnel needed for both operations are further discussed below.

### China Facility

75.    The initial facility in China would be a 500M$^2$ workshop rented from the WEZ and a 20 mu Greenfield purchased from the WEZ where a permanent facility would be developed.   The permanent facility is intended to be 500-1,000M$^2$. China Facility would include:

      a.   Offices;

      b.   Assembly Room (Clean Room);

      c.   Machine Shop (used for laser welding, blasting, passivation, and electropolishing);

      d.   Lab Room;

      e.   Quality Control Room;

      f.   Inventory storage; and;

      g.   Shipping / Receiving Dock.

76.    Initially, in the first year while the SEAL-N-Cut device is awaiting approval, the China Facility will employ the following positions related to operating and setting up the plant:[54]

      a.   Facility Manager

      b.   Quality Assurance Manager

      c.   Senior Engineer

      d.   Two Engineers

      e.   Four Machinists

      f.   Two Assemblers

      g.   Secretary

77.    As production increases in years two and three when approval for the Seal-N-Cut device is expected and as the quantities need to be delivered to Kao are produced

---

[54] BVX also agreed through the Settlement Agreement to provide Livneh with a list of its tooling and vendor contacts in China.



Dispute
Advisory &
Forensic
Services



**Steve Livneh et al. v.**
**Bovie Medical**
**Corporation et al.**

**Expert Report of**
**Michael N. Kahaian**

**June 20, 2013**

China facility is expected to hire additional Assemblers. By year three, China Facility is expected to employ an additional five Assemblers for a total of seven Assemblers.

78. It is my understanding that other than normal maintenance and the additions of Assemblers no further significant investments are anticipated to increase the capacity of the plant to the levels needed by Kao as the sub-assembly in China is labor driven and the current machinery and equipment would support the additional labor.

## Canadian Facility

79. A long term lease, for a 10,500 sqf Canadian facility located in Ontario, Canada would be executed. The Canadian Facility would include:

    a. Offices;

    b. Clean Room / Final Assembly;

    c. Machine Shop (used for laser welding, blasting, passivation, and electropolishing);

    d. Lab Room;

    e. Quality Control Room;

    f. Inventory storage; and

    g. Shipping / Receiving Dock.

80. Initially, in the first year while the SEAL-N-Cut device is awaiting approval, the Canadian Facility will employ the following positions related to operating and setting up the plant:

    a. President

    b. Chief Operating Officer

    c. Vice President of Engineering

    d. Quality Assurance Manager

    e. Contractor

    f. Two Engineers

    g. Two Machinists

    h. Two Assemblers

    i. Secretary





**STOUT | RISIUS | ROSS**

Steve Livneh et al. v.
Bovie Medical
Corporation et al.

Expert Report of
Michael N. Kahaian

June 20, 2013

81. As production increases in years two and three when approval for the Seal-N-Cut device is expected and as the quantities need to be delivered to Kao are produced the Canadian facility is expected to hire additional assemblers. By year three, the Canadian Facility is expected to employ an additional five Assemblers for a total of seven Assemblers.

82. It is my understanding that other than normal maintenance and the additions of Assemblers no further significant investments are anticipated to increase the capacity of the plant to the levels needed by Kao as the final-assembly in Canada is also labor driven and the current machinery and equipment would support the additional labor.

### *Machinery*

83. It is my understanding that Livneh owns a well-equipped machine shop that was intended to be transferred to the JVC. The major machines to be transferred were:

   a. High precision lathe;

   b. Mill;

   c. CNC Mill;

   d. Wire EDM machine;

   e. EDM hole drilling machine;

   f. Electrostatic powder coating line; and;

   g. Optical comparator.

84. Additional machinery to be purchased included:

   a. Two laser welders at an estimated cost of $25,000 each;

   b. Two laser markers at an estimated cost of $12,000 each;

   c. Two Passivation machines at an estimated cost of $3,000 each;

   d. Two electropolish machines at an estimated cost of $5,000 each;

   e. Two video measurement machines at an estimated cost of $8,000 each; and;

   f. Two tensile testing machines at $3,500 each.

### *Capacity*

85. It is my understanding that China Facility will have the capacity to produce 112,000 of sub-assembled parts for the Seal-N-Cut by July 2014. This is



Dispute
Advisory &
Forensic
Services



Steve Livneh et al. v.
Bovie Medical
Corporation et al.

Expert Report of
Michael N. Kahaian

June 20, 2013

calculated assuming seven Assemblers working 10 hours per day.[55] Thus, China facility will have the capacity to produce all of the units anticipated to be sold by Kao.

86. It is my understanding that the Canadian Facility will have the capacity to produce 87,000 of final-assembled and tested Seal-N-Cuts by July 2014.[56] This is calculated assuming seven Assemblers working 8 hours per day. Thus, the Canadian facility will have the capacity to produce all of the units anticipated to be sold by Kao.

87. In the event that additional capacity is needed the cost to increase the capacity for both facilities is expected to be minimal as capacity can be increased by adding additional Assemblers without the need for significant outlays of additional machinery and equipment.

---

[55] Sub-Assembly is estimated at 10 minutes per unit per representations from Livneh.
[56] Final Assembly is estimated at 10 minutes per unit and Final Testing is estimated at 3 minutes per unit.





Steve Livneh et al. v.
Bovie Medical
Corporation et al.

Expert Report of
Michael N. Kahaian

June 20, 2013

88.   As a result of the Defendants failure to provide an Icon VS to the Plaintiffs within the contractual ten day timeframe, March 15, 2012 [57], or even by Livneh's trip to China in June 2012, Plaintiffs lost their financial investor, Ma, and the support of the WEZ and has thus been unable to obtain the necessary business license to operate in China; secure the capital necessary for the initial investment in facilities, machinery, personnel, etc.   This has resulted in Plaintiffs being unable to sell the Seal-N-Cut and Icon VS in China as Livneh had the contractual authority to do.   Presented below and in Exhibit C is a calculation that represents the projections of the net profits Plaintiffs reasonably could have achieved by selling the Seal-N-Cut Device and the Icon VS Generator in China.

### *Projected Initial Investment*

89.   Based on cost projections received from Livneh, the initial investment required for this venture is estimated at $3,148,160 which consists of Facilities Cost, Indirect and Direct Labor Costs, Marketing Costs, and outlays for Machinery and Equipment.   These costs are estimated to have occurred from June 2012 through June 2014 which is the period following the Settlement Agreement and before the expected CFDA certification. The estimated cost by category is detailed in Exhibit C, Schedule 2.

### *Damage Period*

90.   I have calculated the profits that Plaintiffs reasonably could have achieved from sales of the Seal-N-Cut and Icon VS in China from July 2014, the expected CFDA certification date, through June 2019, the end of the commitment from Kao.

### *Projected Sales and Gross Profit*

91.   I have utilized the sales figures that Kao would have committed to purchasing from Plaintiffs of the Seal-N-Cut device and Icon VS Generator in projecting a reasonable amount of sales Plaintiffs could have achieved.   It is my understanding had Plaintiffs been able to utilize the executed agreements with Ma and the WEZ and received the necessary government approvals for the Seal-N-Cut device Kao would have committed to purchasing a set number of Icon Vs's and Seal-N-Cuts.   In Year 1, Kao would commit to purchasing 200 Icon VS's at $12,000 each and 30,000 Seal-N-Cut devices at $450 each beginning in July 2014.   Kao would have also committed to purchasing that level of products over the next five years with 20% over year growth which is consistent with analyst expectations as outlined above. [58]

92.   I then calculated the direct product costs of both the Icon VS and the Seal-N-Cut.

   a.   The Confidential Settlement and Mutual General Release between the Plaintiffs and Defendants states that BVX will make the Icon VS

---

[57] Complaint and Demand for Jury Trial p. 4.
[58] Declaration of Phillip Hong Kao dated May 16, 2013.





**Steve Livneh et al. v.
Bovie Medical
Corporation et al.**

**Expert Report of
Michael N. Kahaian**

**June 20, 2013**

Generators available to Plaintiffs at a price of $7,500 each for the first two years and can increase the price of the generators by no more than 5% per year for each additional year.[59]

    b. In determining the direct product costs for Seal-N-Cut I utilized the Standard Costs as utilized by BVX in their sales and cost projections of the Seal-N-Cut.[60] Standard Costs generally include the expected direct material, direct labor, and direct overhead to manufacture a product. BVX projected a Standard Cost of $110 per unit for the Seal-N-Cut from 2010 through 2014.[61] I have thus utilized this Standard Cost in my projection but also included a 5% year over year growth rate beginning in Year 2 or 2015.

93.    From the sales that would have been generated by selling the Icon VS and Seal-N-Cut to Kao I deducted the direct product costs as calculated above to arrive at Gross Profit.

### *Projected Sales, General & Administrative Costs[62]*

94.    From Gross Profit I further deducted Selling, General and Administrative costs that would have been necessary to operate the facilities, transport the products, or otherwise would have been incurred to ensure the successful deployment of the Icon VS and the Seal-N-Cut. These costs include the following:

    a. Indirect Labor - Indirect Labor includes all of the personnel for both facilities, as presented above, except for the assemblers which would be considered direct labor and would be included in the Standard Costs already deducted above. Livneh provided me an expected salary for each position of Indirect Labor where I applied annual growth of 5% to the expected salaries beginning in Year 2 of operations or July 2015. My calculation for indirect labor is included as Exhibit C, Schedules 1a and 1b.

    b. Facility Costs - Facility Costs include the fully loaded costs to operate the facilities in both China and Canada. These costs include: Rent, property tax, utilities, office supplies, cleaning, repair, insurance, cars, travel, communication, professional fees, and other miscellaneous expenses. I applied annual growth of 5% to the expected Facility Costs beginning in Year 2 or July 2015. My calculation for Facility Costs is included as Exhibit C, Schedules 1c and 1d.

    c. Freight - It is my understanding that the Seal-N-Cut device would be air shipped between Canada and China. I have estimated this cost to be $6 per unit to which I have applied annual growth of 5% to the expected freight costs beginning in Year 2 or July 2015.

---

[59] Confidential Settlement and Mutual General Release p. 7-8.
[60] I also examined projected material costs and labor costs projected by Livneh and found that the BVX Standard Costs to be higher and thus utilized the BVX projections.
[61] BOV002180-2200.
[62] Cost projections provided by client.





**Steve Livneh et al. v.
Bovie Medical
Corporation et al.**

**Expert Report of
Michael N. Kahaian**

**June 20, 2013**

d. Travel and Miscellaneous - Travel and Miscellaneous includes travel between Canada and China and other miscellaneous expenses not considered elsewhere. This has conservatively been estimated at $480,000 annually which is grown at 5% beginning in Year 2 or July 2015.

e. Interest Expense. The April 28, 2012 agreement between Livneh and Ma does not state an interest rate on the $10 million committed by Ma towards the JVC. Given the $4 million equity contribution by Ma it is unlikely that the entire $10 million would have been drawn. Further, due to the high profit margins it is unlikely that any amount that was drawn under this commitment would have remained outstanding past the first couple years of operation. However, I have conservatively calculated Interest Expense assuming the entire $10 million commitment from Ma was outstanding on the first day of operations and assumed an interest rate of 6.5% which is twice the current Prime Rate.[63]

### *Livneh Equity Percentage*

95. Livneh was to hold a 60% ownership interest in the JVC and projected profits have thus been reduced to reflect this ownership percentage.

### *Present Value*

96. I discounted the above calculations assuming a present value date of June 20, 2013, a discount rate of 31%, as outlined below, and the application of the mid-period convention.

| | **Required Return on Equity** | | |
|---|---|---|---|
| 1 | Risk-Free Rate of Return [1] | | 2.5% |
| 2 | Long-Term Market Equity Risk Premium [2] | 6.1% | |
| 3 | Selected Equity Beta [3] | 1.10 | 6.8% |
| 4 | Small Stock Risk Premium [4] | | 7.7% |
| 7 | Company-Specific Risk Premium | | 14.0% |
| 8 | **Concluded Required Return on Equity** | | **31.0%** |

[1] 20-year U.S. Treasury bond yield as of the Valuation Date.
[2] *Stocks, Bonds, Bills and Inflation Valuation Edition*, Morningstar, Inc. 2012
[3] Morning Star SIC 384, Raw Median Beta as of December 31, 2012
[4] A five year weekly beta adjusted for market mean reversion.

---

[63] Prime Rate as posted by the Wall Street Journal on May 15, 2013.





Steve Livneh et al. v.
Bovie Medical
Corporation et al.

Expert Report of
Michael N. Kahaian

June 20, 2013

## IX. Conclusion

97. This report presents my opinions regarding the economic damages suffered by the Plaintiffs resulting from the alleged actions of the Defendants. In forming my opinions I considered the current state of the medical device market in China as well as analyst expectations for growth in that market, Plaintiffs' ability to enter the Chinese medical device market, and the manufacturing process of the Seal-N-Cut.

98. Based on the considerations above, I have concluded the following:

a. The Chinese medical device market and healthcare overall in China has experienced significant growth over the last decade.

b. The Chinese medical device market is expected to continue to grow over the next five years.

c. Plaintiffs possessed the necessary experience to manufacture the Seal-N-Cut.

d. The government approvals and licenses necessary to sell the Seal-N-Cut in China were reasonably attainable.

e. Plaintiffs' Seal-N-Cut joint venture had the appropriate amount of initial capital available to it.

f. Livneh had key relationships in China that would have aided to the success of the Seal-N-Cut.

g. Livneh had secured a distribution network to sell the Seal-N-Cut in China.

h. The Seal-N-Cut has unique features that would make it attractive in the Chinese Market.

i. I have concluded, based on my review of the documents and evidence provided to me in this matter, that Plaintiffs have incurred damages of $10,392,652. [64]

---

[64] This figure is exclusive of attorney fees however it is my understanding that the Settlement Agreement gives Livneh the right to collect reasonable attorney fees.





Steve Livneh et al. v.
Bovie Medical
Corporation et al.

Expert Report of
Michael N. Kahaian

June 20, 2013

## X. Assumptions and Limiting Conditions

99. My conclusions are based on the information received to date. I reserve the right to change those conclusions should additional information be provided.

100. No one that worked on this engagement has any known financial interest in the Defendant or the Plaintiffs or the outcome of the analysis. Further, Stout Risius Ross, Inc.'s compensation is neither based nor contingent on the results of the analysis.

101. My conclusions are applicable for the stated date and purpose only, and may not be appropriate for any other date or purpose. This report is solely for use in the cited dispute, for the purpose stated herein, and is not to be referred to or distributed, in whole or in part, without prior written consent.

Michael N. Kahaian, CPA/ABV, CFE, CFF, CVA
Managing Director
Stout Risius Ross, Inc.



# Exhibit A

# Documents Considered

Steve Livneh et al. v. Bovie Medical Corporation et al.
Documents Considered

Exhibit A

1 Complaint and Demand for Jury Trial
2 Amended Answer
3 Lican and Bovie Consulting Services Agreement dated November 1, 2009
4 April 28, 2012 Agreement between Bill Ma and Steve Livneh
5 Population as of 2011 per the National Bureau of Statistics, http://219.235.129.58/reportYearQuery.do?id=0200&r=0.9170854118071851
6 Mortality and Burden of Disease rates for both sexes – World Health Organization
7 November 10, 2010 China Pharmaceutical Industry Report by the State Government of Victoria
8 April 2013 Edison Insight
9 July 2012 McKinsey & Company *"Healthcare in China: Entering Unchartered Waters"*
10 June 21, 2012 Pharmaphorum *"Medical Devices: The Future is Emerging Markets"*
11 National Bureau of Statistics http://219.235.129.58/reportYearQuery.do?id=0200&r=0.9170854118071851
12 JP Morgan Asia Pacific Equity Research: *"China Healthcare: Zigzagging Ahead Instead of Leaping Forward – It's the Year of the Snake, not the Frog*
13 July 2012 IBISWorld Industry Report 2770 – Medical Supplies Manufacturing in China
14 April 1, 2000 Regulations for the Supervision and Administration of Medical Devices – Chinese State Council
15 May 7, 2013 J.P. Morgan Asia Pacific Equity Research: *"China Healthcare: Takeaways from Wuhan Summit – Things may get worse before turning bette*
16 June 21, 2012 Pharmaphorum *"Medical Devices: The Future is Emerging Markets"*
17 Letter from Young Zong Wang of Ideamedtek
18 Bovie Stockholder News: press releases & announcements
19 April 9, 2013 Deposition of Moshe Citronowicz
20 Valdez, Mary Lou. "FDA's Collaboration with Chinese Partners Gets Stronger Each Year," US Food and Drug Administration.  3 May 2013
21 Declaration of Phillip Hong Kao dated May 16, 2013
22 Confidential Settlement and Mutual General Release
23 BOV002180-2200
24 Prime Rate as posted by the Wall Street Journal on May 15, 2013
25 Manufacturing process and costs provided by client
26 510(k) Premarket Notification made available by US Food and Drug Administration
27 Seal-N-Cut 510(k) application
28 Affidavit of Bill Ma
29 Contract of Lican Developments LTD Project Entering WEZ
30 Bovie Seal-N-Cut Forecasts
31 Letter from Zhou Zhiqing of WEZ
32 LIVNEH00025
33 Chronological History of Cutting Forceps and Subsequent Vessel Sealing Devices
34 Bovie Product Presentations
35 Letter from Changzhou Yanling Electronic Equipment Co., Ltd.

# Exhibit B
# Curriculum Vitae



**STOUT | RISIUS | ROSS**



**Managing Director**
**Direct +1.248.432.1205**
**Mobile +1.586.212.5181**
mkahaian@srr.com

**Education**

B.B.A.
University of Michigan-
Dearborn
*Accounting*

**Professional
Designations**

Certified Public
Accountant Accredited in
Business Valuation

Certified Fraud Examiner

Certified in Financial
Forensics

Certified Valuation
Analyst

# Michael N. Kahaian, CPA/ABV, CFE, CFF, CVA

Michael N. Kahaian is a Managing Director in the Dispute Advisory & Forensic Services Group. Mr. Kahaian has provided dispute advisory services for numerous purposes including internal corporate investigations, forensic accounting issues, and computer forensics. He has testified in a variety of venues including deposition, arbitration, bench and jury trials and has been qualified as an expert witness in regards to accounting issues, economic damage assessments, and business valuation in a variety of disputed matters. Mr. Kahaian has presented before boards of directors as well as boards of education in connection with his findings related to forensic audits conducted under his direction.

Mr. Kahaian's experience encompasses a wide range of industries including financial institutions, construction, entertainment venues, healthcare, manufacturing, professional practices, retail, agriculture, high tech businesses, insurance, education and charter schools, telecommunications and transportation, real estate, and automobile dealerships. Mr. Kahaian has also provided valuation and consulting services for clients with international operations.

Mr. Kahaian has presented continuing education seminars on forensic accounting and fraud related topics. Additionally, he has presented on business valuation, economic damages, and general economic matters. Mr. Kahaian is also on faculty in the Appraisal Program at Oakland University.

Prior to joining SRR, Mr. Kahaian was with a regional public accounting firm in Southeastern Michigan in its Litigation Support and Forensic Services Group.

Mr. Kahaian is a Candidate Member of the American Society of Appraisers (ASA) and Past President of the Detroit Chapter ASA. He is also, Chair of the Michigan Association of Certified Public Accountants (MACPA) Fraud Task Force, Trustee for the Oakland County Bar Foundation and an active member of the Business Valuation & Litigation Task Force. Mr. Kahaian is a member of the American Institute of Certified Public Accountants (AICPA), The Association of Certified Fraud Examiners (ACFE), The National Association of Certified Valuation Analysts (NACVA), an associate member of the American Bar Association (ABA), Litigation and Criminal Justice Sections, and a Life Fellow of the Oakland County Bar Foundation.

---

| Investment Banking | Valuation & Financial Opinions | Dispute Advisory & Forensic Services |

Atlanta | Chicago | Cleveland | Dallas | Detroit | Houston | Los Angeles | New York | Washington, D.C.

www.SRR.com



# Michael N. Kahaian, CPA/ABV, CFE, CFF, CVA

**Managing Director**
**Direct** +1.248.432.1205
**Mobile** +1.586.212.5181
mkahaian@srr.com

**Testimony Experience:**

AUM Renewable Energy, LLC, et al. v. Prasad Gullapalli, American Arbitration Association, Michigan, 2013

Flagstar Bank, FSB v. Contemporary Title Solution, et al., State of Texas, In the District Court of Collin County, Texas, 2012 and 2013

Fire CATT, LLC v. National fire Asset Testing, LLC d/b/a NFA Testing, LLC and Patrick G. Fenton, State of Michigan, In the Circuit Court for the County of Oakland, 2012

Contract Design Group, Inc. et al. v. Wayne State University, et al., U.S. District Court, Eastern District of Michigan, Southern Division, 2012

Zia Shadows, LLC, et al. v. City of Las Cruces, New Mexico, et al., the State of New Mexico County of Dona Ana, Third Judicial District Court, 2012

King Spa Sauna, LLC, et al. v. David M. Park, State of Illinois, In the Circuit Court of Cook County, Illinois, 2012

In the Matter of the Stephen F. Slavik, Sr. Trust Agreement Dated May 26, 1987, as Amended and Restated, State of Michigan, Probate Court for the County of Oakland, 2011

Bruce G. Kefgen v. East Detroit Public Schools, Private Arbitration, Michigan 2011

Yaldo v. Yaldo, Private Arbitration, Michigan, 2010

5420 Beckley Road, LLC v. Minges Creek Mall, LLC, et al. State of Michigan, Circuit Court for the County of Calhoun, 2010

Richard M. Lewiston, et al. v. Jeffrey Howard Brown, U.S. Bankruptcy Court, Eastern District of Michigan, Southern Division, 2010

Bob Ridings, Inc. v. Chrysler Group, LLC, American Arbitration Association, Illinois, 2010

Edison Oakland Public School Academy v. EdisonLearning, Inc., American Arbitration Association, Michigan, 2010

NTW Sales, Inc., et al. v. North American Dismantling Corp., et al., State of Michigan, Circuit Court for the County of Wayne, 2009 & 2010

Gregory J. Damman, et al. v. Damman Holdings, L.C., et al., State of Michigan, Circuit Court for the County of Oakland, 2009

JGR Associates, L.L.C., et al. v. Wittlesey Associates, Inc., et al., Private Arbitration, Michigan, 2009

Albert Papazian, et al. v. Mark Papazian, State of Michigan, Circuit Court for the County of Oakland, 2007

The United States of America v. Richard Blanchard, U.S. District Court, Eastern District of Michigan, Southern Division, 2007



**STOUT | RISIUS | ROSS**

**Managing Director**
**Direct** +1.248.432.1205
**Mobile** +1.586.212.5181
mkahaian@srr.com

# Michael N. Kahaian, CPA/ABV, CFE, CFF, CVA

**Testimony Experience:**

Catner v. Catner, State of Michigan, Circuit Court for the County of Oakland, 2007

Considine v. Considine, Private Arbitration, Michigan, 2007

Rondigo, LLC, et al. v. Casco Township, U.S. District Court, Eastern District of Michigan, Southern Division, 2006

The City of Sterling Heights, Michigan, et al. v. United National Insurance Company, et al., U.S. District Court, Eastern District of Michigan, Southern Division, 2006

Clogg v. Clogg, State of Michigan, Circuit Court for the County of Livingston, 2006

Berry v. Berry, State of Michigan, Circuit Court for the County of Livingston, 2006

N.I.P.P. Royal Oak, Inc. v. The City of Royal Oak Michigan, et al., U.S. District Court, Eastern District of Michigan, Southern Division, 2006

Erickson's Flooring & Supply Co. v. Basic Coating, et al., U.S. District Court, Eastern District of Michigan, Southern Division, 2006

Attisha v. Attisha, Private Arbitration, Michigan, 2006

Richter v. Richter, Private Arbitration, Michigan, 2006

Potti v. Potti, State of Michigan, Circuit Court for the County of Livingston, 2006

Cassar v. Cassar, State of Michigan, Circuit Court for the County of Oakland, 2005

Knuth v. Knuth, State of Michigan, Circuit Court for the County of Oakland, 2004

Vanderveer v. Vanderveer, Private Arbitration, Michigan, 2004

Barakat v. Barakat, State of Michigan, Circuit Court for the County of Wayne, 2004

**Publications:**

"Using Forensic Accounting in Trust Disputes," *American Bar Association - Newsletter,* Spring 2013

"Managing Risk Associated with Occupational Fraud," *The SRR Journal,* Spring 2013

"Game On or Over: When the Whistle Blows Will Corporations be Ready for Dodd-Frank," *The SRR Journal,* Fall 2011

"Using Forensic Accounting in Trust Disputes," *The SRR Journal,* Spring 2011



**Michael N. Kahaian, CPA/ABV, CFE, CFF, CVA**

**Managing Director**
**Direct** +1.248.432.1205
**Mobile** +1.586.212.5181
mkahaian@srr.com

**Publications:**

"Recent Trends in Litigation: An In-House Counsel Perspective," *The SRR Journal,* Spring 2011

"The Perfect Storm: The Effect of Corporate Downsizing on Internal Controls and Occupational Fraud," *The SRR Journal,* Spring 2011

"Managing Occupational Fraud Risks," *The SRR Journal,* Fall 2010

**Speeches and Seminars:**

"Using Economic Experts in Litigation," presented to the Association of Litigation Support Specialists, Michigan, September 20, 2012

"Fighting Fraud through Superior Internal Controls," at the MACPA's West Michigan Management Information & Business Show, June 7, 2012

"Fraud Risks and Mitigation through Internal Controls," presented to the MACPA's Mega Conference, December 7, 2011

"The Dodd-Frank Wall Street Reform & Consumer Protection Act," presented at the 2nd Annual Hot Topics for Financial Executives Seminar, hosted by Financial Executives International (Detroit Chapter), PwC, and Stout Risius Ross, Inc., November 9, 2011.

"Fraud Risks and Mitigation through Internal Control," presented to the MACPA's Mega Conference, October 26, 2011

"Using Economic Experts in Litigation," Presented at the Armenian Bar Association's Mid-Year Meeting, September 24, 2011

"Best Practices in Local Government Fiscal Management, Local Government Contracts," Presented at Michigan State University and Turnaround Management Association (Michigan Chapter), April 18, 2011

"Corporate Fraud – The Statistics, Suspects, and Solutions" Presented to the MACPA's Controller Conference, September 28, 2010

"Advanced Financial Forensics" presented to the Michigan Association of Certified Public Accountants Management Information and Business Show, June 23 and 24, 2010

"Fraud Facts and Statistics", presented to Michigan Association of Public School Academies' (MAPSA) Charter Prep & Governance Training, March 25, 2010

"Smoke & Mirrors – Panel Discussion on Fraud," Panelist, MACPA Winter CPE Mega Conference, February 18, 2010



**Managing Director**
**Direct** +1.248.432.1205
**Mobile** +1.586.212.5181
mkahaian@srr.com

# Michael N. Kahaian, CPA/ABV, CFE, CFF, CVA

**Speeches and Seminars:**

"Use of Financial Experts in Commercial Litigation," Panelist, Michigan Defense Trial Counsel (MDTC) Winter Meeting – Emerging Issues in Commercial Litigation, November 6, 2009

"Review of the Archer Daniels Midland (ADM) Price Fixing Scandal as Depicted in the Movie The Informant," Panel Moderator, joint presentation with the Association for Corporate Counsel and Financial Executives International, October 26, 2009

"Corporate Fraud Investigation: Financial Fraud in Small to Medium Sized Companies," presented at the MACPA Anti-Fraud Issues Conference, May 13, 2009

"Compliance Strategies for Contractors – Perspectives from the Industry: Contractors in Serious Trouble – False Claims, Fringe Funds, Subcontracting & Diversity Issues," Panelist, Associated General Contractors of America, Michigan Chapter, Fall 2008

"Fraud and Forensic Services in the Accounting Profession – An Overview," Guest Lecturer, Walsh College Master of Accountancy Program, Fall 2008

"Corporate Internal Investigations" presented to Oakland University, MACPA, Rochester, Michigan, June 6, 2008

"The Effects of Fraud on Organizations & an Overview of Computer Forensics," presented at the Chrysler Group Continuing Education Program, November 14, 2007

"Using Excel in Your Family Law Practice," presented at the Institute of Continuing Legal Education's 6th Annual Family Law Institute, November 1, 2007

"Business Valuation 101," presented at the MACPA Litigation & Business Valuation Conference, June 12, 2007

"Computer Forensics – What All CPAs Need to Know: An Overview of the Use of Computer Forensics in Accounting Fraud Cases and in Federal Compliance," presented at the Oakland University's CPE Week, June 1, 2007

"Fraud Facts and the Use of Computer Forensics," presented at the MACPA Macomb County Monthly Meeting Group Educational Conference, May 17, 2007

"How Fraud Hurts You and Your Organization," presented at Oakland University CPE week, June 2, 2006

"Business Valuation Basics" presented at MACPA Annual Business Valuation and Litigation Conference, June 15, 2006

# Exhibit C

# Present Value of Projected Operating Profits Less Start-Up Costs

Exhibit C
Summary

Steve Livneh et al. v. Bovie Medical Corporation et al.
Present Value of Projected Operating Profits Less Start-Up Costs
For The Period July 1, 2012 through June 30, 2019

| | Description | Amount | Reference |
|---|---|---|---|
| 1 | Present Value of Projected Net Income to Steve Livneh from Seal-N-Cut and Icon VS Generator Sales in China | $ 13,540,812 | From Schedule 1 |
| 2 | Less: Start-Up Costs for Canadian - Chinese Joint Venture | (3,148,160) | From Schedule 2 |
| 3 | **Total Present Value of Projected Operating Profits Less Start-Up Costs** | **$ 10,392,652** | |

Exhibit C
Schedule 1

Steve Livneh et al. v. Bovie Medical Corporation et al.
Present Value of Projected Net Income to Steve Livneh from Seal-N-Cut and Icon VS Generator Sales in China
For The Fiscal Years Ending June 30, 2015 through June 30, 2019

| | | 2015 | 2016 | 2017 | 2018 | 2019 | Total |
|---|---|---|---|---|---|---|---|
| | **Gross Sales** | | | | | | |
| 1 | Seal-N-Cut [1] | $ 13,500,000 | $ 16,200,000 | $ 19,440,000 | $ 23,328,000 | $ 27,993,600 | $ 100,461,600 |
| 2 | Icon VS Generator [1] | 2,400,000 | 2,880,000 | 3,456,000 | 4,147,200 | 4,976,640 | 17,859,840 |
| 3 | Total Gross Sales | 15,900,000 | 19,080,000 | 22,896,000 | 27,475,200 | 32,970,240 | 118,321,440 |
| | | | | | | | |
| | **Cost of Goods Sold** | | | | | | |
| 4 | Seal-N-Cut Manufacturing Cost [2] | 3,300,000 | 4,158,000 | 5,239,080 | 6,601,241 | 8,317,563 | 27,615,884 |
| 5 | Seal-N-Cut Royalty [3] | 405,000 | 486,000 | 583,200 | 699,840 | 839,808 | 3,013,848 |
| 6 | Icon VS Generator Product Cost [4] | 1,500,000 | 1,890,000 | 2,381,400 | 3,000,564 | 3,780,711 | 12,552,675 |
| 7 | Total Cost of Goods Sold | 5,205,000 | 6,534,000 | 8,203,680 | 10,301,645 | 12,938,082 | 43,182,407 |
| | | | | | | | |
| 8 | **Gross Profit** | 10,695,000 | 12,546,000 | 14,692,320 | 17,173,555 | 20,032,158 | 75,139,033 |
| | | | | | | | |
| | **Selling, General & Administrative Costs** | | | | | | |
| 9 | Canadian Indirect Labor [5] | 882,000 | 926,100 | 972,405 | 1,021,025 | 1,072,077 | 4,873,607 |
| 10 | Chinese Indirect Labor [6] | 164,760 | 172,998 | 181,648 | 190,730 | 200,267 | 910,403 |
| 11 | Canadian Facility Cost [7] | 251,400 | 263,970 | 277,169 | 291,027 | 305,578 | 1,389,144 |
| 12 | Chinese Facility Cost [8] | 85,200 | 89,460 | 93,933 | 98,630 | 103,561 | 470,784 |
| 13 | Freight [9] | 181,200 | 228,312 | 287,673 | 362,468 | 456,710 | 1,516,363 |
| 14 | Travel and Miscellaneous [10] | 480,000 | 504,000 | 529,200 | 555,660 | 583,443 | 2,652,303 |
| 15 | Interest Expense [11] | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 | 3,250,000 |
| 16 | Total Selling, General & Administrative Costs | 2,694,560 | 2,834,840 | 2,992,028 | 3,169,540 | 3,371,636 | 15,062,603 |
| | | | | | | | |
| 17 | **Net Income** | 8,000,440 | 9,711,160 | 11,700,292 | 14,004,015 | 16,660,522 | 60,076,430 |
| | | | | | | | |
| 18 | Steve Livneh 60% Share of Income | 4,800,264 | 5,826,696 | 7,020,175 | 8,402,409 | 9,996,313 | 36,045,858 |
| 19 | Discount Factor [12] | 0.66147 | 0.50494 | 0.38545 | 0.29424 | 0.22461 | |
| | | | | | | | |
| 20 | **Present Value of Net Income** | $ 3,175,228 | $ 2,942,123 | $ 2,705,921 | $ 2,472,292 | $ 2,245,249 | $ 13,540,812 To Summary |

[1] Projected at the volume and sales price from the commitments testified to by Phil Kao in his affidavit dated May 16, 2013.
[2] Projected at Bovie's Standard Cost of $110 per unit and grown at 5% per annum.
[3] Projected at 3% of sales per the Settlement Agreement.
[4] Projected at the price contained in the Settlement and General Mutual Release and grown at 5% per annum.
[5] Source: from Schedule 1a
[6] Source: from Schedule 1b.
[7] Source: from Schedule 1c
[8] Source: from Schedule 1d.
[9] Projected at $6 per unit (provided by client) and grown at 5% per annum.
[10] Provided by client and grown at 5% per annum.
[11] Assumes the total Ma debt of $10mm was outstanding and bore interest at 6.5%.
[12] Discounted to June 20, 2013 using a 31% discount rate, and application of the mid-period convention.

Exhibit C
Schedule 1a

Steve Livneh et al. v. Bovie Medical Corporation et al.
Canadian Indirect Labor
For The Fiscal Years Ending June 30, 2015 through June 30, 2019

| Position | 6/30/2015 | 6/30/2016 | 6/30/2017 | 6/30/2018 | 6/30/2019 |
|---|---|---|---|---|---|
| **Canadian Indirect Labor** [1] | | | | | |
| President | $ 192,000 | 201,600 | 211,680 | 222,264 | 233,377 |
| Chief Operating Officer | 108,000 | 113,400 | 119,070 | 125,024 | 131,275 |
| Vice President of Engineering | 108,000 | 113,400 | 119,070 | 125,024 | 131,275 |
| Quality Assurance Manager | 72,000 | 75,600 | 79,380 | 83,349 | 87,516 |
| Controller | 54,000 | 56,700 | 59,535 | 62,512 | 65,637 |
| Machinist | 52,800 | 55,440 | 58,212 | 61,123 | 64,179 |
| Machinist | 39,600 | 41,580 | 43,659 | 45,842 | 48,134 |
| Engineer | 66,000 | 69,300 | 72,765 | 76,403 | 80,223 |
| Engineer | 66,000 | 69,300 | 72,765 | 76,403 | 80,223 |
| Secretary | 39,600 | 41,580 | 43,659 | 45,842 | 48,134 |
| Benefits | 84,000 | 88,200 | 92,610 | 97,241 | 102,103 |
| **Total Canadian Indirect Labor** | $ 882,000 | $ 926,100 | $ 972,405 | $ 1,021,025 | $ 1,072,077 |
| | (To Schedule 1) | (To Schedule 1) | (To Schedule 1) | (To Schedule 1) | (To Schedule 1) |

[1] Projections for the first operating year were provided by the client and are presented on Schedule 3; remaining years in projection are grown at 5% per annum.

Exhibit C
Schedule 1b

Steve Livneh et al. v. Bovie Medical Corporation et al.
Chinese Indirect Labor
For The Fiscal Years Ending June 30, 2015 through June 30, 2019

| Position | 6/30/2015 | 6/30/2016 | 6/30/2017 | 6/30/2018 | 6/30/2019 |
|---|---|---|---|---|---|
| Chinese Indirect Labor [1] | | | | | |
| Manager | $ 50,400 | 52,920 | 55,566 | 58,344 | 61,262 |
| Quality Assurance Manager | 25,200 | 26,460 | 27,783 | 29,172 | 30,631 |
| Senior Engineer | 25,200 | 26,460 | 27,783 | 29,172 | 30,631 |
| Engineer | 19,200 | 20,160 | 21,168 | 22,226 | 23,338 |
| Engineer | 12,600 | 13,230 | 13,892 | 14,586 | 15,315 |
| Machinist | 6,240 | 6,552 | 6,880 | 7,224 | 7,585 |
| Machinist | 6,240 | 6,552 | 6,880 | 7,224 | 7,585 |
| Machinist | 6,240 | 6,552 | 6,880 | 7,224 | 7,585 |
| Machinist | 6,240 | 6,552 | 6,880 | 7,224 | 7,585 |
| Secretary | 7,200 | 7,560 | 7,938 | 8,335 | 8,752 |
| Total Chinese Indirect Labor | $ 164,760 | $ 172,998 | $ 181,648 | $ 190,730 | $ 200,267 |
| | (To Schedule 1) | (To Schedule 1) | (To Schedule 1) | (To Schedule 1) | (To Schedule 1) |

[1] Projections for the first operating year were provided by the client and are presented on Schedule 4; remaining years in projection are grown at 5% per annum.

Exhibit C
Schedule 1c

Steve Livneh et al. v. Bovie Medical Corporation et al.
Canadian Facility Cost
For The Fiscal Years Ending June 30, 2015 through June 30, 2019

| Description | 6/30/2015 | 6/30/2016 | 6/30/2017 | 6/30/2018 | 6/30/2019 |
|---|---|---|---|---|---|
| **Canadian Facility Cost [1]** | | | | | |
| Rent & Property Tax | $ 54,000 | $ 56,700 | $ 59,535 | $ 62,512 | $ 65,637 |
| Utilities | 30,000 | 31,500 | 33,075 | 34,729 | 36,465 |
| Office Supplies | 1,800 | 1,890 | 1,985 | 2,084 | 2,188 |
| Cleaning | 3,000 | 3,150 | 3,308 | 3,473 | 3,647 |
| Repair | 2,400 | 2,520 | 2,646 | 2,778 | 2,917 |
| Insurance | 4,200 | 4,410 | 4,631 | 4,862 | 5,105 |
| Cars | 18,000 | 18,900 | 19,845 | 20,837 | 21,879 |
| Travel | 60,000 | 63,000 | 66,150 | 69,458 | 72,930 |
| Communication | 6,000 | 6,300 | 6,615 | 6,946 | 7,293 |
| Raw Materials | 24,000 | 25,200 | 26,460 | 27,783 | 29,172 |
| LEGAL & IP | 24,000 | 25,200 | 26,460 | 27,783 | 29,172 |
| Miscellaneous | 24,000 | 25,200 | 26,460 | 27,783 | 29,172 |
| **Total Canadian Facility Cost** | **$ 251,400** | **$ 263,970** | **$ 277,169** | **$ 291,027** | **$ 305,578** |
| | *(To Schedule 1)* | *(To Schedule 1)* | *(To Schedule 1)* | *(To Schedule 1)* | *(To Schedule 1)* |

[1] Projections for the first operating year were provided by the client and are presented on Schedule 5; remaining years in projection are grown at 5% per annum.

Exhibit C
Schedule 1d

Steve Livneh et al. v. Bovie Medical Corporation et al.
Chinese Facility Cost
For The Fiscal Years Ending June 30, 2015 through June 30, 2019

| Description | 6/30/2015 | 6/30/2016 | 6/30/2017 | 6/30/2018 | 6/30/2019 |
|---|---|---|---|---|---|
| Chinese Facility Cost [1] | | | | | |
| Rent | $ 18,000 | $ 18,900 | $ 19,845 | $ 20,837 | $ 21,879 |
| Utilities | 14,400 | 15,120 | 15,876 | 16,670 | 17,503 |
| Supplies | 1,200 | 1,260 | 1,323 | 1,389 | 1,459 |
| Repairs | 1,200 | 1,260 | 1,323 | 1,389 | 1,459 |
| Insurance | 1,200 | 1,260 | 1,323 | 1,389 | 1,459 |
| Cars | 7,200 | 7,560 | 7,938 | 8,335 | 8,752 |
| Raw Materials | 12,000 | 12,600 | 13,230 | 13,892 | 14,586 |
| Legal & Accounting | 6,000 | 6,300 | 6,615 | 6,946 | 7,293 |
| Miscellaneous | 24,000 | 25,200 | 26,460 | 27,783 | 29,172 |
| Total Chinese Facility Cost | $ 85,200 | $ 89,460 | $ 93,933 | $ 98,630 | $ 103,561 |
| | (To Schedule 1) | (To Schedule 1) | (To Schedule 1) | (To Schedule 1) | (To Schedule 1) |

[1] Projections for the first operating year were provided by the client and are presented on Schedule 6; remaining years in projection are grown at 5% per annum.

Exhibit C
Schedule 2

**Steve Livneh et al. v. Bovie Medical Corporation et al.**
**Start-Up Costs for Canadian - Chinese Joint Venture**
**For the Period July 1, 2012 through June 30, 2014**

| | Description | | Amount |
|---|---|---|---|
| 1 | Canadian Labor Costs [1] | $ | 1,602,900 |
| 2 | Chinese Labor Costs [2] | | 309,060 |
| 3 | Canadian Facility Cost [3] | | 514,800 |
| 4 | Chinese Facility Cost [4] | | 170,400 |
| 5 | Canadian Start-Up Marketing Cost [5] | | 110,000 |
| 6 | Chinese Start-Up Marketing Cost [6] | | 125,000 |
| 7 | Canadian Start-Up Capital Expenditures [7] | | 196,000 |
| 8 | Chinese Start-Up Capital Expenditures [8] | | 120,000 |
| | | | |
| 9 | **Total Start-Up Costs for Canadian - Chinese Joint Venture** | $ | 3,148,160  To Summary |

[1] Source: From Schedule 3.
[2] Source: From Schedule 4.
[3] Source: From Schedule 5.
[4] Source: From Schedule 6.
[5] Source: From Schedule 7
[6] Source: From Schedule 8.
[7] Source: From Schedule 9.
[8] Source: From Schedule 10.

Exhibit C
Schedule 3

Steve Livneh et al. v. Bovie Medical Corporation et al.
Canadian Labor Costs
For the Period July 1, 2012 through June 30, 2015

| | | | | | | Year 1 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Position | 7/31/2012 | 8/31/2012 | 9/30/2012 | 10/31/2012 | 11/30/2012 | 12/31/2012 | 1/31/2013 | 2/28/2013 | 3/31/2013 | 4/30/2013 | 5/31/2013 | 6/30/2013 |
| **Canadian Indirect Labor** | | | | | | | | | | | | |
| 1 President | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 | $ 12,000 |
| 2 Chief Operating Officer | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 |
| 3 Vice President of Engineering | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 |
| 4 Quality Assurance Manager | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| 5 Controller | - | - | - | - | 2,000 | 2,000 | 2,000 | 2,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| 6 Machinist | - | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| 7 Machinist | - | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| 8 Engineer | - | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| 9 Engineer | - | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| 10 Secretary | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| 11 Benefits | 1,000 | 1,000 | 1,000 | 1,500 | 1,500 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| 12 Total Canadian Indirect Labor | 35,000 | 52,000 | 52,000 | 52,500 | 54,500 | 55,000 | 55,000 | 55,000 | 57,000 | 57,000 | 57,000 | 57,000 |
| | | | | | | | | | | | | |
| 13 **Canadian Direct Labor** | | | | | | | | | | | | |
| 14 Assembler | - | - | - | - | - | - | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 |
| 14 Assembler | - | - | - | - | - | - | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 |
| 15 Assembler | - | - | - | - | - | - | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 |
| 16 Assembler | - | - | - | - | - | - | - | - | - | - | - | - |
| 17 Assembler | - | - | - | - | - | - | - | - | - | - | - | - |
| 18 Assembler | - | - | - | - | - | - | - | - | - | - | - | - |
| 19 Assembler | - | - | - | - | - | - | - | - | - | - | - | - |
| 20 Total Canadian Direct Labor | - | - | - | - | - | - | 8,100 | 8,100 | 8,100 | 8,100 | 8,100 | 8,100 |
| | | | | | | | | | | | | |
| 21 Total Labor Costs for Canadian Facility | $ 35,000 | $ 52,000 | $ 52,000 | $ 52,500 | $ 54,500 | $ 55,000 | $ 63,100 | $ 63,100 | $ 65,100 | $ 65,100 | $ 65,100 | $ 65,100 |

Source: Provided by Client

Exhibit C
Schedule 3

Steve Livneh et al. v. Bovie Medical Corporation et al.
Canadian Labor Costs
For the Period July 1, 2012 through June 30, 2015

| | | | | | | | Year 2 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Position | 7/31/2013 | 8/31/2013 | 9/30/2013 | 10/31/2013 | 11/30/2013 | 12/31/2013 | 1/31/2014 | 2/28/2014 | 3/31/2014 | 4/30/2014 | 5/31/2014 | 6/30/2014 | Total Startup |
| **Canadian Indirect Labor** | | | | | | | | | | | | | |
| 1 President | $ 14,000 | $ 14,000 | $ 14,000 | $ 14,000 | $ 14,000 | $ 14,000 | $ 14,000 | $ 14,000 | $ 14,000 | $ 14,000 | $ 14,000 | $ 14,000 | $ 312,000 |
| 2 Chief Operating Officer | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 180,000 |
| 3 Vice President of Engineering | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 180,000 |
| 4 Quality Assurance Manager | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 126,000 |
| 5 Controller | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 72,000 |
| 6 Machinist | 4,200 | 4,200 | 4,200 | 4,200 | 4,200 | 4,200 | 4,200 | 4,200 | 4,200 | 4,200 | 4,200 | 4,200 | 94,400 |
| 7 Machinist | 3,100 | 3,100 | 3,100 | 3,100 | 3,100 | 3,100 | 3,100 | 3,100 | 3,100 | 3,100 | 3,100 | 3,100 | 70,200 |
| 8 Engineer | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 117,400 |
| 9 Engineer | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 5,200 | 117,400 |
| 10 Secretary | 3,200 | 3,200 | 3,200 | 3,200 | 3,200 | 3,200 | 3,200 | 3,200 | 3,200 | 3,200 | 3,200 | 3,200 | 74,400 |
| 11 Benefits | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 4,500 | 4,500 | 4,500 | 4,500 | 62,000 |
| 12 Total Canadian Indirect Labor | 63,400 | 63,400 | 63,400 | 63,400 | 63,400 | 63,400 | 63,400 | 63,400 | 64,900 | 64,900 | 64,900 | 64,900 | 1,405,800 |
| | | | | | | | | | | | | | |
| **13 Canadian Direct Labor** | | | | | | | | | | | | | |
| 14 Assembler | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 48,600 |
| 14 Assembler | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 48,600 |
| 15 Assembler | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 48,600 |
| 16 Assembler | - | - | - | - | - | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 10,800 |
| 17 Assembler | - | - | - | - | - | - | - | - | 2,700 | 2,700 | 2,700 | 2,700 | 10,800 |
| 18 Assembler | - | - | - | - | - | - | - | - | 2,700 | 2,700 | 2,700 | 2,700 | 10,800 |
| 19 Assembler | - | - | - | - | - | - | - | - | 2,700 | 2,700 | 2,700 | 2,700 | 18,900 |
| 20 Total Canadian Direct Labor | 8,100 | 8,100 | 8,100 | 8,100 | 8,100 | 10,800 | 10,800 | 10,800 | 18,900 | 18,900 | 18,900 | 18,900 | 197,100 |
| | | | | | | | | | | | | | |
| 21 Total Labor Costs for Canadian Facility | $ 71,500 | $ 71,500 | $ 71,500 | $ 71,500 | $ 71,500 | $ 74,200 | $ 74,200 | $ 74,200 | $ 83,800 | $ 83,800 | $ 83,800 | $ 83,800 | $ 1,602,900 |

*(To Schedule 2)*

Source: Provided by Client

Exhibit C
Schedule 3

Steve Livneh et al. v. Bovie Medical Corporation et al.
Canadian Labor Costs
For the Period July 1, 2012 through June 30, 2015

| | | | | | | | Year 3 | | | | | | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Position | 7/31/2014 | 8/31/2014 | 9/30/2014 | 10/31/2014 | 11/30/2014 | 12/31/2014 | 1/31/2015 | 2/28/2015 | 3/31/2015 | 4/30/2015 | 5/31/2015 | 6/30/2015 | Operations | |
| **Canadian Indirect Labor** | | | | | | | | | | | | | | |
| 1 President | $ 16,000 | $ 16,000 | $ 16,000 | $ 16,000 | $ 16,000 | $ 16,000 | $ 16,000 | $ 16,000 | $ 16,000 | $ 16,000 | $ 16,000 | $ 16,000 | $ 192,000 | To Schedule 1a |
| 2 Chief Operating Officer | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 108,000 | To Schedule 1a |
| 3 Vice President of Engineering | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 108,000 | To Schedule 1a |
| 4 Quality Assurance Manager | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 72,000 | To Schedule 1a |
| 5 Controller | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 54,000 | To Schedule 1a |
| 6 Machinist | 4,400 | 4,400 | 4,400 | 4,400 | 4,400 | 4,400 | 4,400 | 4,400 | 4,400 | 4,400 | 4,400 | 4,400 | 52,800 | To Schedule 1a |
| 7 Machinist | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 | 39,600 | To Schedule 1a |
| 8 Engineer | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 66,000 | To Schedule 1a |
| 9 Engineer | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 66,000 | To Schedule 1a |
| 10 Secretary | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 | 39,600 | To Schedule 1a |
| 11 Benefits | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 84,000 | To Schedule 1a |
| 12 Total Canadian Indirect Labor | 73,500 | 73,500 | 73,500 | 73,500 | 73,500 | 73,500 | 73,500 | 73,500 | 73,500 | 73,500 | 73,500 | 73,500 | 882,000 | |
| **13 Canadian Direct Labor** | | | | | | | | | | | | | | |
| 14 Assembler | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 33,600 | |
| 14 Assembler | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 33,600 | |
| 15 Assembler | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 33,600 | |
| 16 Assembler | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 32,400 | |
| 17 Assembler | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 32,400 | |
| 18 Assembler | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 32,400 | |
| 19 Assembler | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 2,700 | 32,400 | |
| 20 Total Canadian Direct Labor | 19,200 | 19,200 | 19,200 | 19,200 | 19,200 | 19,200 | 19,200 | 19,200 | 19,200 | 19,200 | 19,200 | 19,200 | 230,400 | |
| 21 Total Labor Costs for Canadian Facility | $ 92,700 | $ 92,700 | $ 92,700 | $ 92,700 | $ 92,700 | $ 92,700 | $ 92,700 | $ 92,700 | $ 92,700 | $ 92,700 | $ 92,700 | $ 92,700 | $ 1,112,400 | |

Source Provided by Client

Exhibit C
Schedule 4

Steve Livneh et al. v. Bovie Medical Corporation et al.
Chinese Labor Costs
For the Period July 1, 2012 through June 30, 2015

| | | | | | | | Year 1 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Position | 7/31/2012 | 8/31/2012 | 9/30/2012 | 10/31/2012 | 11/30/2012 | 12/23/2012 | 1/31/2013 | 2/28/2013 | 3/31/2013 | 4/30/2013 | 5/31/2013 | 6/30/2013 |
| **Chinese Indirect Labor** | | | | | | | | | | | | |
| 1 Manager | $ - | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 |
| 2 Quality Assurance Manager | - | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| 3 Senior Engineer | - | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| 4 Engineer | - | - | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| 5 Engineer | - | - | - | - | - | - | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| 6 Machinist | - | - | - | - | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| 7 Machinist | - | - | - | - | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| 8 Machinist | - | - | - | - | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| 9 Machinist | - | - | - | - | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| 10 Secretary | - | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| 11 Total Chinese Indirect Labor | - | 8,500 | 10,000 | 10,000 | 12,000 | 12,000 | 13,000 | 13,000 | 13,000 | 13,000 | 13,000 | 13,000 |
| **12 Chinese Direct Labor** | | | | | | | | | | | | |
| 13 Assembler | - | - | - | - | - | - | - | - | - | 300 | 300 | 300 |
| 14 Assembler | - | - | - | - | - | - | - | - | - | 300 | 300 | 300 |
| 15 Assembler | - | - | - | - | - | - | - | - | - | - | - | - |
| 16 Assembler | - | - | - | - | - | - | - | - | - | - | - | - |
| 17 Assembler | - | - | - | - | - | - | - | - | - | - | - | - |
| 18 Assembler | - | - | - | - | - | - | - | - | - | - | - | - |
| 19 Assembler | - | - | - | - | - | - | - | - | - | - | - | - |
| 20 Total Chinese Direct Labor | - | - | - | - | - | - | - | - | - | 600 | 600 | 600 |
| 21 Total Labor Costs for Chinese Facility | $ - | $ 8,500 | $ 10,000 | $ 10,000 | $ 12,000 | $ 12,000 | $ 13,000 | $ 13,000 | $ 13,000 | $ 13,600 | $ 13,600 | $ 13,600 |

Source: Provided by Client

Exhibit C
Schedule 4

Steve Livneh et al. v. Bovie Medical Corporation et al.
Chinese Labor Costs
For the Period July 1, 2012 through June 30, 2015

| | Position | 7/31/2013 | 8/31/2013 | 9/30/2013 | 10/31/2013 | 11/30/2013 | 12/31/2013 | 1/31/2014 | 2/28/2014 | 3/31/2014 | 4/30/2014 | 5/31/2014 | 6/30/2014 | Total Startup |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Year 2** | | | | | | | | | | | | | |
| | **Chinese Indirect Labor** | | | | | | | | | | | | | |
| 1 | Manager | $ 4,200 | $ 4,200 | $ 4,200 | $ 4,200 | $ 4,200 | $ 4,200 | $ 4,200 | $ 4,200 | $ 4,200 | $ 4,200 | $ 4,200 | $ 4,200 | $ 94,400 |
| 2 | Quality Assurance Manager | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 47,200 |
| 3 | Senior Engineer | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 47,200 |
| 4 | Engineer | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 34,200 |
| 5 | Engineer | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 18,600 |
| 6 | Machinist | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 10,240 |
| 7 | Machinist | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 10,240 |
| 8 | Machinist | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 10,240 |
| 9 | Machinist | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 10,240 |
| 10 | Secretary | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 11,500 |
| 11 | Total Chinese Indirect Labor | 13,630 | 13,630 | 13,630 | 13,630 | 13,630 | 13,630 | 13,630 | 13,630 | 13,630 | 13,630 | 13,630 | 13,630 | 294,060 |
| | **Chinese Direct Labor** | | | | | | | | | | | | | |
| 12 | Assembler | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 4,500 |
| 13 | Assembler | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 4,500 |
| 14 | Assembler | - | - | - | - | - | - | - | - | 300 | 300 | 300 | 300 | 1,200 |
| 15 | Assembler | - | - | - | - | - | - | - | - | 300 | 300 | 300 | 300 | 1,200 |
| 16 | Assembler | - | - | - | - | - | - | - | - | 300 | 300 | 300 | 300 | 1,200 |
| 17 | Assembler | - | - | - | - | - | - | - | - | 300 | 300 | 300 | 300 | 1,200 |
| 18 | Assembler | - | - | - | - | - | - | - | - | 300 | 300 | 300 | 300 | 1,200 |
| 19 | Assembler | - | - | - | - | - | - | - | - | - | - | 300 | 300 | 1,200 |
| 20 | Total Chinese Direct Labor | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 2,100 | 2,100 | 2,100 | 2,100 | 15,600 |
| 21 | Total Labor Costs for Chinese Facility | $ 14,230 | $ 14,230 | $ 14,230 | $ 14,230 | $ 14,230 | $ 14,230 | $ 14,230 | $ 14,230 | $ 15,730 | $ 15,730 | $ 15,730 | $ 15,730 | $ 309,660 |

*(To Schedule 2)*

Source: Provided by Client

Exhibit C
Schedule 4

Steve Livneh et al. v. Bovie Medical Corporation et al.
Chinese Labor Costs
For the Period July 1, 2012 through June 30, 2015

| | Position | | | | | | | Year 3 | | | | | | | Total Operations | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 7/31/2014 | 8/31/2014 | 9/30/2014 | 10/31/2014 | 11/30/2014 | 12/31/2014 | 1/31/2015 | 2/28/2015 | 3/31/2015 | 4/30/2015 | 5/31/2015 | 6/30/2015 | | |
| | Chinese Indirect Labor | | | | | | | | | | | | | | | |
| 1 | Manager | $ | 4,200 | $ 4,200 | $ 4,200 | $ 4,200 | $ 4,200 | $ 4,200 | $ 4,200 | $ 4,200 | $ 4,200 | $ 4,200 | $ 4,200 | $ 4,200 | $ 50,400 | To Schedule 1b |
| 2 | Quality Assurance Manager | | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 25,200 | To Schedule 1b |
| 3 | Senior Engineer | | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 25,200 | To Schedule 1b |
| 4 | Engineer | | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 19,200 | To Schedule 1b |
| 5 | Engineer | | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 12,600 | To Schedule 1b |
| 6 | Machinist | | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 6,240 | To Schedule 1b |
| 7 | Machinist | | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 6,240 | To Schedule 1b |
| 8 | Machinist | | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 6,240 | To Schedule 1b |
| 9 | Machinist | | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 6,240 | To Schedule 1b |
| 10 | Secretary | | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 7,200 | To Schedule 1b |
| 11 | Total Chinese Indirect Labor | | 13,730 | 13,730 | 13,730 | 13,730 | 13,730 | 13,730 | 13,730 | 13,730 | 13,730 | 13,730 | 13,730 | 13,730 | 164,760 | |
| 12 | Chinese Direct Labor | | | | | | | | | | | | | | | |
| 13 | Assembler | | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 3,720 | |
| 14 | Assembler | | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 3,720 | |
| 15 | Assembler | | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 3,720 | |
| 16 | Assembler | | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 3,720 | |
| 17 | Assembler | | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 3,720 | |
| 18 | Assembler | | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 3,720 | |
| 19 | Assembler | | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 3,720 | |
| 20 | Total Chinese Direct Labor | | 2,170 | 2,170 | 2,170 | 2,170 | 2,170 | 2,170 | 2,170 | 2,170 | 2,170 | 2,170 | 2,170 | 2,170 | 26,040 | |
| 21 | Total Labor Costs for Chinese Facility | $ | 15,900 | $ 15,900 | $ 15,900 | $ 15,900 | $ 15,900 | $ 15,900 | $ 15,900 | $ 15,900 | $ 15,900 | $ 15,900 | $ 15,900 | $ 15,900 | $ 190,800 | |

Source: Provided by Client

Exhibit C
Schedule 5

Steve Livneh et al. v. Bovie Medical Corporation et al.
Canadian Facility Cost
For the Period July 1, 2012 through June 30, 2015

| | | Year 1 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cost Category | 7/31/2012 | 8/31/2012 | 9/30/2012 | 10/31/2012 | 11/30/2012 | 12/31/2012 | 1/31/2013 | 2/28/2013 | 3/31/2013 | 4/30/2013 | 5/31/2013 | 6/30/2013 |
| | **Canadian Facility Cost** | | | | | | | | | | | | |
| 1 | Rent & Property Tax | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 |
| 2 | Utilities | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| 3 | Office Supplies | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 |
| 4 | Cleaning | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| 5 | Repair | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 |
| 6 | Insurance | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 |
| 7 | Cars | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| 8 | Travel | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| 9 | Communication | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| 10 | Raw materials | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| 11 | LEGAL & IP | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| 12 | Miscellaneous | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| 13 | **Total Canadian Facility Cost** | $ 21,950 | $ 21,950 | $ 21,950 | $ 21,950 | $ 21,950 | $ 21,950 | $ 21,950 | $ 21,950 | $ 21,950 | $ 21,950 | $ 21,950 | $ 21,950 |

Provided by Client

Steve Livneh et al. v. Bovie Medical Corporation et al.
Canadian Facility Cost
For the Period July 1, 2012 through June 30, 2015

Exhibit C
Schedule 6

| | Cost Category | 7/31/2013 | 8/31/2013 | 9/30/2013 | 10/31/2013 | 11/30/2013 | 12/31/2013 | 1/31/2014 | 2/28/2014 | 3/31/2014 | 4/30/2014 | 5/31/2014 | 6/30/2014 | Total Startup |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Canadian Facility Cost** | | | | | | | | | | | | | |
| 1 | Rent & Property Tax | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 108,000 |
| 2 | Utilities | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 60,000 |
| 3 | Office Supplies | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 3,600 |
| 4 | Cleaning | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 6,000 |
| 5 | Repair | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 4,800 |
| 6 | Insurance | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 8,400 |
| 7 | Cars | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 36,000 |
| 8 | Travel | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 120,000 |
| 9 | Communication | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 12,000 |
| 10 | Raw materials | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 48,000 |
| 11 | LEGAL & IP | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 48,000 |
| 12 | Miscellaneous | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 60,000 |
| 13 | **Total Canadian Facility Cost** | $ 20,950 | $ 20,950 | $ 20,950 | $ 20,950 | $ 20,950 | $ 20,950 | $ 20,950 | $ 20,950 | $ 20,950 | $ 20,950 | $ 20,950 | $ 20,950 | $ 514,800 |

*(To Schedule 2)*

Provided by Client

Exhibit C
Schedule 5

Steve Livneh et al. v. Bovie Medical Corporation et al.
Canadian Facility Cost
For the Period July 1, 2012 through June 30, 2015

| | Cost Category | Year 3 | | | | | | | | | | | | Total Operations | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 7/31/2014 | 8/31/2014 | 9/30/2014 | 10/31/2014 | 11/30/2014 | 12/31/2014 | 1/31/2015 | 2/28/2015 | 3/31/2015 | 4/30/2015 | 5/31/2015 | 6/30/2015 | | |
| | **Canadian Facility Cost** | | | | | | | | | | | | | | |
| 1 | Rent & Property Tax | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 4,500 | $ 54,000 | To Schedule 1c |
| 2 | Utilities | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 30,000 | To Schedule 1c |
| 3 | Office Supplies | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,800 | To Schedule 1c |
| 4 | Cleaning | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 | To Schedule 1c |
| 5 | Repair | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 | To Schedule 1c |
| 6 | Insurance | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 4,200 | To Schedule 1c |
| 7 | Cars | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 18,000 | To Schedule 1c |
| 8 | Travel | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 60,000 | To Schedule 1c |
| 9 | Communication | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 | To Schedule 1c |
| 10 | Raw materials | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 | To Schedule 1c |
| 11 | LEGAL & IP | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 | To Schedule 1c |
| 12 | Miscellaneous | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 | To Schedule 1c |
| 13 | **Total Canadian Facility Cost** | $ 20,950 | $ 20,950 | $ 20,950 | $ 20,950 | $ 20,950 | $ 20,950 | $ 20,950 | $ 20,950 | $ 20,950 | $ 20,950 | $ 20,950 | $ 20,950 | $ 251,400 | |

Provided by Client

Exhibit C
Schedule 6

Steve Livneh et al. v. Bovie Medical Corporation et al.
Chinese Facility Cost
For the Period July 1, 2012 through June 30, 2015

| | | | | | | | Year 1 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cost Category | 7/31/2012 | 8/31/2012 | 9/30/2012 | 10/31/2012 | 11/30/2012 | 12/31/2012 | 1/31/2013 | 2/28/2013 | 3/31/2013 | 4/30/2013 | 5/31/2013 | 6/30/2013 |
| **Chinese Facility Cost** | | | | | | | | | | | | |
| 1 Rent | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 |
| 2 Utilities | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 |
| 3 Supplies | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| 4 Repairs | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| 5 Insurance | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| 6 Cars | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 |
| 7 Raw Materials | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| 8 Legal & Accounting | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| 9 Miscellaneous | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| 10 Total Chinese Facility Cost | $ 7,100 | $ 7,100 | $ 7,100 | $ 7,100 | $ 7,100 | $ 7,100 | $ 7,100 | $ 7,100 | $ 7,100 | $ 7,100 | $ 7,100 | $ 7,100 |

Provided by Client

Exhibit C
Schedule 6

Steve Livneh et al. v. Bovie Medical Corporation et al.
Chinese Facility Cost
For the Period July 1, 2012 through June 30, 2015

| | | | | | | | Year 2 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cost Category | 7/31/2013 | 8/31/2013 | 9/30/2013 | 10/31/2013 | 11/30/2013 | 12/31/2013 | 1/31/2014 | 2/28/2014 | 3/31/2014 | 4/30/2014 | 5/31/2014 | 6/30/2014 | Total Startup |
| **Chinese Facility Cost** | | | | | | | | | | | | | |
| 1 Rent | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 36,000 |
| 2 Utilities | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 28,800 |
| 3 Supplies | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 2,400 |
| 4 Repairs | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 2,400 |
| 5 Insurance | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 2,400 |
| 6 Cars | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 14,400 |
| 7 Raw Materials | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 24,000 |
| 8 Legal & Accounting | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 12,000 |
| 9 Miscellaneous | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 48,000 |
| 10 Total Chinese Facility Cost | $ 7,100 | $ 7,100 | $ 7,100 | $ 7,100 | $ 7,100 | $ 7,100 | $ 7,100 | $ 7,100 | $ 7,100 | $ 7,100 | $ 7,100 | $ 7,100 | $ 170,400 |

(To Schedule 2)

Provided by Client

Exhibit C
Schedule 6

Steve Livneh et al. v. Bovie Medical Corporation et al.
Chinese Facility Cost
For the Period July 1, 2012 through June 30, 2015

| | | | | | Year 3 | | | | | | | | Total | |
| Cost Category | 7/31/2014 | 8/31/2014 | 9/30/2014 | 10/31/2014 | 11/30/2014 | 12/31/2014 | 1/31/2015 | 2/28/2015 | 3/31/2015 | 4/30/2015 | 5/31/2015 | 6/30/2015 | Operations | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Chinese Facility Cost** | | | | | | | | | | | | | | |
| 1 Rent | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 18,000 | To Schedule 1'd |
| 2 Utilities | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 | To Schedule 1'd |
| 3 Supplies | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 | To Schedule 1'd |
| 4 Repairs | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 | To Schedule 1'd |
| 5 Insurance | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 | To Schedule 1'd |
| 6 Cars | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 7,200 | To Schedule 1'd |
| 7 Raw Materials | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 | To Schedule 1'd |
| 8 Legal & Accounting | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 | To Schedule 1'd |
| 9 Miscellaneous | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 | To Schedule 1'd |
| 10 Total Chinese Facility Cost | $ 7,100 | $ 7,100 | $ 7,100 | $ 7,100 | $ 7,100 | $ 7,100 | $ 7,100 | $ 7,100 | $ 7,100 | $ 7,100 | $ 7,100 | $ 7,100 | $ 85,200 | |

Exhibit C
Schedule 7

Steve Livneh et al. v. Bovie Medical Corporation et al.
Canadian Start-Up Marketing Cost
For the Period July 1, 2012 through June 30, 2014

| | | Year 1 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cost Category | 7/31/2012 | 8/31/2012 | 9/30/2012 | 10/31/2012 | 11/30/2012 | 12/31/2012 | 1/31/2013 | 2/28/2013 | 3/31/2013 | 4/30/2013 | 5/31/2013 | 6/30/2013 |
| Canadian Start-Up Marketing Cost | | | | | | | | | | | | |
| 1 Shows | $ - | $ - | $ - | $ - | $ - | $ 15,000 | $ - | $ - | $ - | $ - | $ 15,000 | $ - |
| 2 Labs | - | 30,000 | - | 30,000 | - | - | - | - | - | - | - | - |
| 3 Total Canadian Start-Up Marketing Cost | $ - | $ 30,000 | $ - | $ 30,000 | $ - | $ 15,000 | $ - | $ - | $ - | $ - | $ 15,000 | $ - |

Source: Provided by Client

Exhibit C
Schedule 7

Steve Livneh et al. v. Bovie Medical Corporation et al.
Canadian Start-Up Marketing Cost
For the Period July 1, 2012 through June 30, 2014

| | | | | | | | Year 2 | | | | | | | |
| Cost Category | 7/31/2013 | 8/31/2013 | 9/30/2013 | 10/31/2013 | 11/30/2013 | 12/31/2013 | 1/31/2014 | 2/28/2014 | 3/31/2014 | 4/30/2014 | 5/31/2014 | 6/30/2014 | Total Startup |
| Canadian Start-Up Marketing Cost | | | | | | | | | | | | | |
| 1 Shows | $ - | $ 10,000 | $ - | $ - | $ - | $ - | $ - | $ 10,000 | $ - | $ - | $ - | $ - | $ 50,000 |
| 2 Labs | - | - | - | - | - | - | - | - | - | - | - | - | 60,000 |
| 3 Total Canadian Start-Up Marketing Cost | $ - | $ 10,000 | $ - | $ - | $ - | $ - | $ - | $ 10,000 | $ - | $ - | $ - | $ - | $ 110,000 |

*(To Schedule 2)*

Source: Provided by Client

Steve Livneh et al. v. Bovie Medical Corporation et al.
Chinese Start-Up Marketing Cost
For the Period July 1, 2012 through June 30, 2014

Exhibit C
Schedule 8

| | | | | | | | Year 1 | | | | | | |
| Cost Category | 7/31/2012 | 8/31/2012 | 9/30/2012 | 10/31/2012 | 11/30/2012 | 12/31/2012 | 1/31/2013 | 2/28/2013 | 3/31/2013 | 4/30/2013 | 5/31/2013 | 6/30/2013 |
| **Chinese Start-Up Marketing Cost** | | | | | | | | | | | | |
| 1 Shows | $ - | $ - | $ 15,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ 15,000 | $ - | $ - |
| 2 Labs | - | - | - | - | - | - | - | - | 15,000 | - | 15,000 | - |
| 3 Advertising | - | - | - | - | - | - | - | - | - | - | - | - |
| 4 **Total Chinese Start-Up Marketing Cost** | $ - | $ - | $ 15,000 | $ - | $ - | $ - | $ - | $ - | $ 15,000 | $ 15,000 | $ 15,000 | $ - |

Source: Provided by Client

Steve Livnatt et al. v. Bovie Medical Corporation et al.
Chinese Start-Up Marketing Cost
For the Period July 1, 2012 through June 30, 2014

Exhibit C
Schedule 8

| Cost Category | | 7/31/2013 | | 8/31/2013 | | 9/30/2013 | | 10/31/2013 | | 11/30/2013 | | 12/31/2013 | | 1/31/2014 | | 2/28/2014 | | 3/31/2014 | | 4/30/2014 | | 5/31/2014 | | 6/30/2014 | | Total Startup |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Chinese Start-Up Marketing Cost** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1  Shows | $ | - | $ | 10,000 | $ | - | $ | - | $ | - | $ | - | $ | 10,000 | $ | - | $ | - | $ | - | $ | - | $ | - | $ | 50,000 |
| 2  Labs | | - | | 15,000 | | 15,000 | | 15,000 | | - | | 15,000 | | - | | - | | - | | - | | - | | - | | 75,000 |
| 3  Advertising | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - | | - |
| 4  Total Chinese Start-Up Marketing Cost | $ | - | $ | 25,000 | $ | - | $ | 15,000 | $ | - | $ | 15,000 | $ | 10,000 | $ | - | $ | - | $ | - | $ | - | $ | - | $ | 125,000 |
| | | | | | | | | | | | | | | | | | | | | | | | | | *(To Schedule 2)* |

Source Provided by Client

Exhibit C
Schedule 9

Steve Livneh et al. v. Bovie Medical Corporation et al.
Canadian Start-Up Capital Expenditures
For the Period July 1, 2012 through June 30, 2014

| | | | | | | | Year 1 | | | | | | |
| Cost Category | | 7/31/2012 | 8/31/2012 | 9/30/2012 | 10/31/2012 | 11/30/2012 | 12/31/2012 | 1/31/2013 | 2/28/2013 | 3/31/2013 | 4/30/2013 | 5/31/2013 | 6/30/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Canadian Start-Up Capital Expenditures** | | | | | | | | | | | | | |
| 1 | Machinery | $ - | $ - | $ 20,000 | $ - | $ - | $ - | $ 20,000 | $ - | $ - | $ - | $ 12,000 | $ - |
| 2 | Fixtures | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| 3 | **Total Canadian Start-Up Capital Expenditures** | $ 1,000 | $ 1,000 | $ 21,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 21,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 13,000 | $ 1,000 |

Source: Provided by Client

Steve Livneh et al. v. Bovie Medical Corporation et al.
Canadian Start-Up Capital Expenditures
For the Period July 1, 2012 through June 30, 2014

Exhibit C
Schedule 9

| | Cost Category | 7/31/2013 | 8/31/2013 | 9/30/2013 | 10/31/2013 | 11/30/2013 | 12/31/2013 | 1/31/2014 | 2/28/2014 | 3/31/2014 | 4/30/2014 | 5/31/2014 | 6/30/2014 | Total Startup |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Canadian Start-Up Capital Expenditures | | | | | | | Year 2 | | | | | | |
| 1 | Machinery | $ -- | $ -- | $ 20,000 | $ -- | $ -- | $ -- | $ 100,000 | $ -- | $ -- | $ -- | $ -- | $ -- | $ 172,000 |
| 2 | Fixtures | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 24,000 |
| 3 | Total Canadian Start-Up Capital Expenditures | $ 1,000 | $ 1,000 | $ 21,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 101,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 196,000 |
| | | | | | | | | | | | | | | (To Schedule 2) |

Source: Provided by Client

Exhibit C
Schedule 10

Steve Livneh et al. v. Bovie Medical Corporation et al.
Chinese Start-Up Capital Expenditures
For the Period July 1, 2012 through June 30, 2014

| | Cost Category | | 7/31/2012 | 8/31/2012 | 9/30/2012 | 10/31/2012 | 11/30/2012 | 12/31/2012 | 1/31/2013 | 2/28/2013 | 3/31/2013 | 4/30/2013 | 5/31/2013 | 6/30/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Year 1 | | | | | | |
| | Chinese Start-Up Capital Expenditures | | | | | | | | | | | | | |
| 1 | Machinery | | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| 2 | Fixtures / Molds | | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| 3 | Total Chinese Start-Up Capital Expenditures | $ | 6,000 | $ 6,000 | $ 6,000 | $ 6,000 | $ 6,000 | $ 6,000 | $ 6,000 | $ 6,000 | $ 6,000 | $ 6,000 | $ 6,000 | $ 6,000 |

Source: Provided by Client

Exhibit C
Schedule 10

Steve Livneh et al. v. Bovie Medical Corporation et al.
Chinese Start-Up Capital Expenditures
For the Period July 1, 2012 through June 30, 2014

| | Cost Category | 7/31/2013 | 8/31/2013 | 9/30/2013 | 10/31/2013 | 11/30/2013 | 12/31/2013 | 1/31/2014 | 2/28/2014 | 3/31/2014 | 4/30/2014 | 5/31/2014 | 6/30/2014 | Total Startup |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chinese Start-Up Capital Expenditures | | | | | | | | | | | | | |
| 1 | Machinery | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | $ 72,000 |
| 2 | Fixtures / Molds | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 48,000 |
| 3 | Total Chinese Start-Up Capital Expenditures | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 120,000 |

Year 2

*(To Schedule 2)*

Source: Provided by Client